IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Tennessee

**In the Matter of**:                              }
                                                    }
GREGORY KYLE WILLIAMS                      }    Case No. 3:14-bk-04911
6940 HWY 70 S APT 508                       }    Chapter 13
NASHVILLE TN 37221                           }    Judge HARRISON
Debtor                                              }

SSN: (1) xxx-xx-7510

## CERTIFICATE OF MAILING

This is to certify that a true and exact copy of the foregoing Notice of Change of Treatment in the Proposed Chapter 13 Plan and Related Motions has been delivered to the **Chapter 13 Trustee**, P. O. Box 340019 Nashville, TN 37203-0019, to the Assistant **U.S. Trustee** for the Middle District of Tennessee, 3rd floor, Customs House, 701 Broadway, Nashville, TN 37203, to **Gregory Kyle Williams**, 6940 Hwy 70 S Apt 508, Nashville, TN, 37221, to **Check Into Cash**, Attention: Officer, Managing or General Agent, 7052 Charlotte Pike, Nashville, TN, 37209, to **World Finance**, Attention: Officer, Managing or General Agent, 5416 Charlotte Ave, Nashville, TN, 37209, and to all creditors and all parties in interest via CM/ECF @ http://ecf.tnmb.uscourts.gov, on June 25, 2014.

**Total first class 2**

                                              /s/Mark Podis_____
                                              Mark Podis #012216
                                              Attorney for Debtor
                                              1161 Murfreesboro Rd., STE 300
                                              Nashville, TN 37217
                                              (615) 399-3800 phone
                                              (615)399-9794 fax
                                              PodisBankruptcy@aol.com e-mail