Marian F. Harrison
US Bankruptcy Judge



Dated: 6/30/2014

## IN THE UNITED STATES BANKRUPTCY COURT          JWD
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          CASE NO. 14-04911-MH3-13
GREGORY KYLE WILLIAMS                           06/27/2014
6940 HWY 70 S APT 508
NASHVILLE, TN  37221

SSN XXX-XX-7510

---

## ORDER TO PAY TRUSTEE

---

    The referenced debtor has filed a petition for relief under Chapter 13 of the  Bankruptcy
Code and has submitted all future income to the jurisdiction of the court in accordance with the
Bankruptcy Rules.
    IT IS ORDERED that until further order of this court, the entity from whom the debtor
receives income:

                    METRO GOVERNMENT
                    ATTN CENTRAL PAYROLL
                    P O BOX 196300
                    NASHVILLE, TN  37219

shall deduct **$208.00 BI-WEEKLY** beginning on the next pay period following receipt of this order
and deduct same amount each pay period thereafter including any period for which the debtor
receives a periodic lump sum payment as a result of vacation, termination,longevity pay, merit
bonuses or other benefits arising from present or past employment of the debtor and to remit the
deductible amount, at least monthly, to:

                    CHAPTER 13 TRUSTEE
                    P O BOX 340019
                    NASHVILLE, TN  37203
                    PHONE:  615-244-1101
                    FAX:  615-242-3241
                    pleadings@ch13nsh.com

    IT IS FURTHER ORDERED that the entity from whom the debtor receives income shall
notify the Trustee if the debtor's income is terminated and the reason therefore.
    IT IS FURTHER ORDERED that all income of the debtor (including monthly commission checks
unless specifically ordered otherwise by this Court) except the amounts required to be withheld
for taxes, social security, insurance, pension, or union dues be paid in accordance with usual
payment procedures.
    IT IS FURTHER ORDERED that no deductions for account of any garnishment, wage assignment,
child support, alimony payment, credit union, or other purpose not specifically authorized by
this Court shall be made from the income of said debtor.
    IT IS FURTHER ORDERED that this order supersedes all previous orders received by the
above-referenced entity from whom the debtor receives income in this case.  Failure to comply
with the provisions of this order may result in a motion to show cause why said entity should
not be found in contempt.

cc:  GREGORY KYLE WILLIAMS
     MARK PODIS AND ASSOCIATES
     HENRY E. HILDEBRAND, III
     METRO GOVERNMENT

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP
OF THE FIRST PAGE.

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.