```
                                  United States Bankruptcy Court
                                   Middle District of Tennessee
```

In re:                                                                    Case No. 14-04911-MFH
GREGORY KYLE WILLIAMS                                                     Chapter 13
        Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0650-3          User: adm2816              Page 1 of 1               Date Rcvd: Jun 30, 2014
                              Form ID: pdf001            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2014.
db            +GREGORY KYLE WILLIAMS,   6940 HWY 70 S APT 508,   NASHVILLE, TN 37221-2299
              +METRO GOVERNMENT,   ATTN CENTRAL PAYROLL,   PO BOX 196300,   NASHVILLE, TN 37219-6300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2014 at the address(es) listed below:
              HENRY EDWARD HILDEBRAND, III   hhecf@ch13nsh.com
              MARK RICHARD PODIS    on behalf of Debtor GREGORY KYLE WILLIAMS PodisBankruptcy@aol.com
              US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 3

Marian F. Harrison
US Bankruptcy Judge

Dated: 6/30/2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

JWD

IN RE:  
GREGORY KYLE WILLIAMS  
6940 HWY 70 S APT 508  
NASHVILLE, TN  37221

CASE NO. 14-04911-MH3-13  
06/27/2014

SSN XXX-XX-7510

## ORDER TO PAY TRUSTEE

The referenced debtor has filed a petition for relief under Chapter 13 of the Bankruptcy Code and has submitted all future income to the jurisdiction of the court in accordance with the Bankruptcy Rules.

IT IS ORDERED that until further order of this court, the entity from whom the debtor receives income:

> METRO GOVERNMENT  
> ATTN CENTRAL PAYROLL  
> P O BOX 196300  
> NASHVILLE, TN  37219

shall deduct **$208.00 BI-WEEKLY** beginning on the next pay period following receipt of this order and deduct same amount each pay period thereafter including any period for which the debtor receives a periodic lump sum payment as a result of vacation, termination,longevity pay, merit bonuses or other benefits arising from present or past employment of the debtor and to remit the deductible amount, at least monthly, to:

> CHAPTER 13 TRUSTEE  
> P O BOX 340019  
> NASHVILLE, TN  37203  
> PHONE:  615-244-1101  
> FAX:  615-242-3241  
> pleadings@ch13nsh.com

IT IS FURTHER ORDERED that the entity from whom the debtor receives income shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all income of the debtor (including monthly commission checks unless specifically ordered otherwise by this Court) except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid in accordance with usual payment procedures.

IT IS FURTHER ORDERED that no deductions for account of any garnishment, wage assignment, child support, alimony payment, credit union, or other purpose not specifically authorized by this Court shall be made from the income of said debtor.

IT IS FURTHER ORDERED that this order supersedes all previous orders received by the above-referenced entity from whom the debtor receives income in this case.  Failure to comply with the provisions of this order may result in a motion to show cause why said entity should not be found in contempt.

cc: GREGORY KYLE WILLIAMS
    MARK PODIS AND ASSOCIATES
    HENRY E. HILDEBRAND, III
    METRO GOVERNMENT

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.