EH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
GREGORY KYLE WILLIAMS  
6940 HWY 70 S APT 508  
NASHVILLE, TN  37221

CASE **14-04911-MH3-13**  
JUDGE MARIAN F HARRISON  
8/11/2014

SSN XXX-XX-7510

---

### NOTICE OF CONFIRMATION AND PLAN TERMS

---

ON **08/07/2014** the debtor(s) Chapter 13 plan, as amended, was confirmed by order of **JUDGE MARIAN F HARRISON.** This order provides an extension of the finality date to provide all parties in interest the opportunity to review the plan or its terms and seek relief from its term pursuant to Rule 9023, Federal Rules Bankruptcy. Any application for relief under Rule 9023 must be filed with the court on or before **09/01/2014**. Thereafter, the confirmed plan will be deemed final and binding on all parties pursuant to 11 U.S.C. §1327.

**G. WILLIAMS** to pay **$70.00 BI-WEEKLY**

to the Trustee who shall disburse funds pursuant to the terms of the confirmed plan.

To the debtor's attorney, **MARK PODIS AND ASSOCIATES**, the sum of **$1,265.00** to be paid at **$100.00 per month.**

Total fee awarded is **$1,365.00** .

To the Court Clerk the sum of **$235.00** and **$75.00** for filing and noticing fees.

---

The court has fixed a value on the collateral held by all secured creditors, which value shall be deemed the extent of the secured claim.  Such creditors shall retain the lien on their collateral and shall be treated as follows:

| Creditor Name | Value | Interest | Monthly Payment |
|---|---|---|---|
| **!  CHECK INTO CASH**<br>    *01 RANGER TITLE LOAN* | $2,000.00 | 3.25% | $21.00 |

The Trustee will calculate post petition interest due, if any, on these claims as fixed by the plan, and will pay such interest along with the principal.

---

To creditors holding claims secured by a purchase money security interest in a motor vehicle incurred within 910 days preceding the petition or secured by a purchase money security interest in any other thing of value incurred in the 1 year period preceding the filing as follows:

| Creditor/Collateral | Interest | Principal Amt To Be Pd | Month |
|---|---|---|---|
| --------------- **NONE** --------------- | | | |

The Trustee is authorized to pay any post petition fees, expenses, and charges, notice of which is filed pursuant to Rule 3002.1, F.R.B.P. and as to which no objection is raised, at the same disbursement level as the arrears claim noted above.

As of the date of this notice, the following notice of post petition fees, expenses, and charges has been filed:

| Creditor Name | Claim Amount | Monthly Payment |
|---|---|---|
| --------------- **NONE** --------------- | | |

---

The plan treats some unsecured claims differently than others. The following claims to unsecured claimholders, in classes and paid in classes, sequentially as shown below:

Case 3:14-bk-04911    Doc 21    Filed 08/11/14    Entered 08/11/14 16:53:26    Desc Main
            Document      Page 1 of 3

| Class | Creditor Name | Interest | Dividend | Claim |
|---|---|---|---|---|
| | --------------- NONE --------------- | | | |

The plan establishes a minimum dividend to general unsecured creditors, with timely claims but may establish a dividend to some creditors that differ from others. The following claims will be paid in the general unsecured class:

| Creditor Name | Interest | Dividend | Claim | Account |
|---|---|---|---|---|
| ACE CASH | 0.00% | 20.00% | $0.00 | xxxxxxxx5735 |
| ADVANCE AMERICA | 0.00% | 20.00% | $0.00 | xxxxxxxx1799 |
| ADVANCE FINANCIAL | 0.00% | 20.00% | $0.00 | xxxxxxxx6994 |
| AT T MOBILITY | 0.00% | 20.00% | $0.00 | xxxxxxxx6117 |
| BANK OF AMERICA | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| * BELLSOUTH TELECOMMUNICATIONS INC | 0.00% | 20.00% | $306.20 | xxxxxxxx0470 |
| BUCKEYE CHECK CASHING | 0.00% | 20.00% | $0.00 | xxxxxxxx382 |
| CAPITAL 1 BANK | 0.00% | 20.00% | $0.00 | xxxxxxxx6397 |
| CARECENTRIX | 0.00% | 20.00% | $0.00 | xxxxxxxxIQ30 |
| CASH CITY | 0.00% | 20.00% | $0.00 | xxxxxxxx111 |
| CENTENNIAL MEDICAL | 0.00% | 20.00% | $0.00 | xxxxxxxx9374 |
| CHASE | 0.00% | 20.00% | $0.00 | xxxxxxxx0431 |
| * CHECK INTO CASH | 0.00% | 20.00% | $500.00 | xxxxxxxx7510 |
| COMCAST | 0.00% | 20.00% | $0.00 | xxxxxxxx4391 |
| CREDIT ONE BANK | 0.00% | 20.00% | $0.00 | xxxxxxxx4364 |
| DISCOVER FIN SVCS | 0.00% | 20.00% | $0.00 | xxxxxxxx2258 |
| EASY CASH SOLUTIONS | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| * EMERGENCY MEDICAL CONSULTANTS | 0.00% | 20.00% | $817.00 | xxxxxxxx5762 |
| EXXMBLCITI | 0.00% | 20.00% | $0.00 | xxxxxxxx3797 |
| EZ MONEY LOANS | 0.00% | 20.00% | $0.00 | xxxxxxxx1940 |
| FAST MONEY CASH CLOUD | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| FIRST CLINIC | 0.00% | 20.00% | $0.00 | xxxxxxxx7155 |
| INTEGRITY ADVANCE | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| KROGER CHECK RECOVERY CENTER | 0.00% | 20.00% | $0.00 | xxxxxxxx |
| NASHVILLE FIRE DEPT EMS | 0.00% | 20.00% | $0.00 | xxxxxxxx0533 |
| * RADIOLOGY ALLIANCE | 0.00% | 20.00% | $102.00 | xxxxxxxx6974 |
| REGIONS BANK | 0.00% | 20.00% | $0.00 | xxxxxxxx3069 |
| SPEEDYCASH COM | 0.00% | 20.00% | $0.00 | xxxxxxxx3370 |
| TN QUICK CASH | 0.00% | 20.00% | $0.00 | xxxxxxxx1591 |
| TN TITLE LOANS | 0.00% | 20.00% | $0.00 | xxxxxxxx2600 |
| UNITED CASH LOANS | 0.00% | 20.00% | $0.00 | xxxxxxxx5304 |
| * US DEPT OF EDUCATION | 0.00% | 20.00% | $2,227.91 | xxxxxxxx7510 |
| WORLD FINANCE | 0.00% | 20.00% | $0.00 | xxxxxxxx |

The following parties will receive future notices, but no distribution will be made to them under the confirmed plan:

| | | |
|---|---|---|
| **ADVANCE AMERICA** | **AT T** | **AT T** |
| **AT T** | **AT T** | **AT T** |
| **AT T** | **GENERAL CREDIT CORP** | **GREAT LAKES** |
| **US ATTORNEY GENERAL** | **WORLD ACCEPTANCE CORPORATION** | |

**WORLD FINANCE** treated unsecured and liens avoided per 522(f). (VOID LIEN)

Generally, any claim, proof of which is not filed before **11/03/2014**, shall be disallowed. Claims of government units, proofs of which are not filed before **12/17/2014**, shall be disallowed. Scheduled claims, proofs of which are not filed, or which claims are disallowed are subject to being discharged if the debtor(s) complete the plan, except as specifically provided by law.

The court has found that the Debtor has complied with the requirements of §521(a)(1)(B) and the case is not dismissed pursuant to §521(i).

Unsecured creditors shall receive their prorata portion of the Unsecured Pool that remains after satisfaction of all allowed priority and administrative claims, not to be less than **20.000%** of such claims.

The unsecured pool shall be increased by the "base" amount not needed to satisfy allowed secured, priority, and administrative claims (including the trustee's commission).

The plan establishes a minimum pool of funds to be paid to all unsecured creditors called the "unsecured pool". Nonpriority unsecured creditors holding allowed claims shall receive a pro rata share of the unsecured pool after allowed unsecured priority and administrative claims have been satisfied. The plan establishes the Unsecured Pool at **N/A**.

The plan sets a minimum pool of funds to be paid to the Trustee by the debtor(s) called a base. The debtor(s) must pay this base or allowed claims in full before a discharge may be entered. The base is fixed at **$9,100.00**.

Please note that this Notice is only a summary of the plan as confirmed by the Court. You are cautioned to review the Court's order approving the plan, available on PACER at http://ecf.tnmb.uscourts.gov.

**/s/HENRY E HILDEBRAND, III**
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

**\*** An asterisk denotes that a proof of claim has been filed for the listed creditor. No disbursements will be made on any claim pursuant to the plan unless an allowed proof of claim is filed.