# CERTIFICATE OF SERVICE

**Case number: 1404911**

I hereby certify that a true and correct copy of the Notice of Confirmation and Plan Terms has been served by 1st Class Mail on:

**GREGORY KYLE WILLIAMS  6940 HWY 70 S APT 508  NASHVILLE, TN  37221**

AT T  % AFNI INC 1310 MARTIN LUTHER KING DR BLOOMINGTON, IL  61701

REGIONS BANK  % CONVERGENT OUTSOURCING 10750 HAMMERLY BLVD STE 200 HOUSTON, TX  77043

COMCAST  % STELLAR RECOVERY INC 1327 HWY 2 WEST KALISPELL, MT  59901

US ATTORNEY GENERAL  % US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW  WASHINGTON, DC  20530

MARK PODIS AND ASSOCIATES  1161 MURFREESBORO RD SUITE 300 NASHVILLE, TN  37217

ADVANCE FINANCIAL  1901 CHURCH ST NASHVILLE, TN  37203

CASH CITY  2326 A NOLENSVILLE RD NASHVILLE, TN  37211

UNITED CASH LOANS  2533 N CARSON ST CARSON CITY, NV  89706

EZ MONEY LOANS  2700 NOLENSVILLE RD NASHVILLE, TN  37211

INLAND BANK/INSOLVE AUTO FUNDING  2805 BUTTERFIELD RD OAK BROOK, IL  60523

INTEGRITY ADVANCE  300 CREEK VIEW ROAD SUITE 102 NEWARK, DE  19711

BUCKEYE CHECK CASHING  350 WHITE BRIDGE PK NASHVILLE, TN  37209

ADVANCE AMERICA  3736 ANNEX AVE NASHVILLE, TN  37209

TN TITLE LOANS  402 HWY 46 SOUTH DICKSON, TN  37055

GENERAL CREDIT CORP  5416 CHARLOTTE AVE NASHVILLE, TN  37209

CHECK INTO CASH  7052 CHARLOTTE PIKE NASHVILLE, TN  37209

TN QUICK CASH  7625 HWY 70 S STE D NASHVILLE, TN  37221

FAST MONEY CASH CLOUD  ACL 388770 STE 8 08 AMY CLOSE NORTH WYONG AUSTRALIA 2259,  00000

SPEEDYCASH COM  AD ASTRA REC 8918 W 21ST ST N STE 200 MAILBOX 112 WICHITA, KS  67205

BELLSOUTH TELECOMMUNICATIONS INC  AT T SERVICES INC KAREN A CAVAGNARO LEAD PARALEGAL ONE AT T WAY RM 3A 104 BEDMINSTER, NJ  07921

WORLD ACCEPTANCE CORPORATION  ATTN BANKRUPTCY PROCESSING P O BOX 6429 GREENVILLE, SC  29606

CAPITAL 1 BANK  ATTN BK DEPT P O BOX 30285 SALT LAKE CITY, UT  84130

EXXMBLCITI  ATTN CENTRALIZED BANKRUPTCY P O BOX 20507 KANSAS CITY, MO  64195

CHECK INTO CASH  ATTN COLLECTIONS P O BOX 550 CLEVELAND, TN  37364

US DEPT OF EDUCATION  CLAIMS FILING UNIT P O BOX 8973 MADISON, WI  53708

AT T DIVERSIFIED CONSULTANTS P O BOX 551268 JACKSONVILLE, FL 32255

AT T ENHANCED REC CORP 8014 BAYBERRY RD JACKSONVILLE, FL 32256

AT T EOS CCA 700 LONGWATER DR NORWELL, MA 02061

RADIOLOGY ALLIANCE FOX COLLECTION CENTER P O BOX 528 GOODLETTSVILLE, TN 37070

EMERGENCY MEDICAL CONSULTANTS FOX COLLECTION CTR P O BOX 528 GOODLETTSVILLE, TN 37070

AT T IC SYSTEM P O BOX 64794 SAINT PAUL, MN 55164

AT T MRS ASSOC 1930 OLNEY AVE CHERRY HILL, NJ 08003

AT T MOBILITY MRS BPO LLC 1930 OLNEY AVE CHERRY HILL, NJ 08003

ACE CASH NATIONAL CREDIT ADJUSTERS P O BOX 30323 HUTCHINSON, KS 67504

INLAND BANK NO ADDRESS GIVEN , 00000

CHASE P O BOX 15298 WILMINGTON, DE 19850

DISCOVER FIN SVCS P O BOX 15316 WILMINGTON, DE 19850

BANK OF AMERICA P O BOX 25118 TAMPA, FL 33622

CARECENTRIX P O BOX 277947 ATLANTA, GA 30384

ADVANCE AMERICA P O BOX 3058 SPARTANBURG, SC 29304

KROGER CHECK RECOVERY CENTER P O BOX 30650 SALT LAKE CITY, UT 84130

US DEPT OF EDUCATION P O BOX 530229 ATLANTA, GA 30353-0229

AT T P O BOX 536216 ATLANTA, GA 30353

CENTENNIAL MEDICAL P O BOX 740757 CINCINNATI, OH 45274-0757

FIRST CLINIC P O BOX 740776 CINCINNATI, OH 45274

US DEPT OF ED GLELSI P O BOX 7860 MADISON, WI 53707

CREDIT ONE BANK P O BOX 98873 LAS VEGAS, NV 89193

NASHVILLE FIRE DEPT EMS ROBINSON REAGAN AND YOUNG PLLC 105 BROADWAY STE 300 NASHVILLE, TN 37201

and electronically noticed to MARK PODIS AND ASSOCIATES, 1161 Murfreesboro Rd Suite 300, Nashville, TN 37217 and Ms Beth R Derrick, Assistant US Trustee, 313 Customs House, 701 Broadway, Nashville Tn, 37203 pursuant to Court's ECF delivery.

/s/Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Standing Chapter 13 Trustee

**Date: 08/15/2014**
**Case number: 1404911**