Certificate Number: 01186-TNM-DE-024030903

Bankruptcy Case Number: 14-04911


01186-TNM-DE-024030903

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2014, at 4:00 o'clock PM CDT, GREGORY WILLIAMS completed a course on personal financial management given in person by Henry E. Hildebrand III, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Tennessee.

Date: August 20, 2014          By: /s/Teresa Sullivan

Name: Teresa Sullivan

Title: Debtor Counselor