MARK PODIS AND ASSOCIATES

CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH
DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: **GREGORY KYLE WILLIAMS**         Case No. **14-04911-MH3-13**

341 Date: **August 5, 2014  8:15 am**

1. Is your current mailing address?                                                      Yes ✗  No ___

   6940 HWY 70 S APT 508, NASHVILLE, TN 37221

   Email address (if not above): gregory.kyle.williams@gmail.com

   If your address is not correctly listed, indicate your correct mailing address:

2. What is your current phone number?

   Home phone: _____   Cell phone: 615-430-5435

3. Do you have a domestic support obligation such as child support?         Yes ___  No ✗

   If yes, please provide the following:

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount: $_____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?   Yes ___  No ___

4. Have you filed all required tax returns for the past four years?         Yes ✗  No ___

   Not required to file a tax return _____

   If no, why not and identify the specific years: _____

5. Have you previously filed bankruptcy?                                   Yes ___  No ✗

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?

6. Are you currently employed at:                                          Yes ✗  No ___

   METRO GOVERNMENT   ATTN CENTRAL PAYROLL P O BOX 196300 NASHVILLE, TN 37219

| | |
|---|---|
| 7. If you have had a change in employment since filing your Chapter 13 case- | No |
| Name & address of new employer | _____ |
| New monthly income amount | $_____ |
| How often are you paid? | Weekly ____ Every two weeks _X_ Semi-Monthly ____ Monthly ____ |
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes _X_ No ____ |
| 9. Is the signature on the petition and the schedules your own? | Yes _X_ No ____ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes _X_ No ____ |
| 11. Did you list everything you own in your schedules and statements? | Yes _X_ No ____ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ____ No _X_ |
| 13. Identify the attorney or other individual with whom you determined which chapter to file under. | Mark Podis |
| Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan. | Mark Podis / Lorna Crack |

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT

_8-5-14_
Date

_[signature]_
Debtor's Signature

**MARK PODIS AND ASSOCIATES**
Debtors Attorney