14-04911

GREGORY KYLE WILLIAMS

387 MOORE CIRCLE

KINGSTON SPRINGS TN 37082

PODIS & PODIS ESQ

1161 MURFREESBORO PIKE STE 300

NASHVILLE TN 37217

ACE CASH

C/O NATIONAL CREDIT ADJUSTERS

PO BOX 30323

HUTCHINSON KS 67504-6999

ADVANCE AMERICA

3736 ANNEX AVE

NASHVILLE TN 37209

ADVANCE AMERICA

PO BOX 3058

SPARTANBURG SC 29304-3058

ADVANCE FINANCIAL

1901 CHURCH STREET

NASHVILLE TN 37203

AT & T

PO BOX 536216

ATLANTA GA 30353-6216

AT & T

C/O EOS CCA

700 LONGWATER DR

NORWELL MA 02061

AT & T

C/O DIVERSIFIED CONSULTANTS

PO BOX 551268

JACKSONVILLE FL 32255-1268

AT & T

C/O MRS ASSOC

1930 OLNEY AVE

CHERRY HILL NJ 08003

AT & T

C/O IC SYSTEM

PO BOX 64794

SAINT PAUL MN 55164-0794

AT T

C/O Enhanced Recovery Corp

8014 BAYBERRY RD

JACKSONVILLE FL 32256


AT T

C/O AFNI

1310 MARTIN LUTHER KING DR

BLOOMINGTON IL 61701


AT T MOBILITY

C/O MRS BPO LLC

1930 OLNEY AVE

CHERRY HILL NJ 08003


BANK OF AMERICA

PO BOX 25118

TAMPA FL 33622


BUCKEYE CHECK CASHING

350 WHITE BRIDGE PIKE

NASHVILLE TN 37209


Capital 1 Bank

ATTN: BANKRUPTCY DEPT.

PO BOX 30285

SALT LAKE CITY UT 84130


CARECENTRIX

PO BOX 277947

ATLANTA GA 30384-7947


CASH CITY

2326 A NOLENSVILLE RD

NASHVILLE TN 37211


CASH CITY 101

C/O JENNIFER MCCOY

533 CHURCH ST SUITE 126

NASHVILLE TN 37219


CENTENNIAL MEDICAL

PO BOX 740757

CINCINNATI OH 45274-0757


CHASE

PO BOX 15298

WILMINGTON DE 19850

CHECK INTO CASH

7052 CHARLOTTE PIKE

NASHVILLE TN 37209


COMCAST

C/O STELLAR RECOVERY INC

1327 HIGHWAY 2 WEST

KALISPELL MT 59901


Credit One Bank

PO BOX 98873

LAS VEGAS NV 89193


DISCOVER FIN SVCS LLC

PO BOX 15316

WILMINGTON DE 19850


EASY CASH SOLUTIONS

2700 NOLENSVILLE RD

NASHVILLE TN 37217


EMERGENCY MEDICAL CONSULTANTS

C/O FOX COLLECTION CENTER

456 MOSS TRL

GOODLETTSVILLE TN 37072

EXXMBLCITI

ATTN.: CENTRALIZED BANKRUPTCY

PO BOX 20507

KANSAS CITY MO 64195


EZ MONEY LOANS

2700 NOLENSVILLE RD

NASHVILLE TN 37211


FAST MONEY/CASH CLOUD

ACL 388770, SUITE 8

8B Amy Close, North Wyong, 2259

AUSTRALIA


FIRST CLINIC

PO BOX 740776

CINCINNATI OH 45274-0776


GENERAL CREDIT CORP

5416 CHARLOTTE AVE

NASHVILLE TN 37209


GREAT LAKES

PO BOX 530229

ATLANTA GA 30353-0229

INTEGRITY ADVANCE (return)

300 CREEK VIEW ROAD

STE 102

NEWARK DE 19711

KROGER CHECK RECOVERY CENTER

PO BOX 30650

SALT LAKE CITY UT 84130

NASHVILLE FIRE DEPT/EMS

C/O Rob Reg Yng

105 BROADWAY SUITE 300

NASHVILLE TN 37201

RADIOLOGY ALLIANCE

C/O FOX COLLECTION CENTER

456 MOSS TRL

GOODLETTSVILLE TN 37072

REGIONS BANK

C/O CONVERGENT OUTSOURCING

10750 HAMMERLY BLVD #200

HOUSTON TX 77043

SPEEDYCASH.COM

C/O Ad Astra Rec

8918 W 21ST ST. N SUITE 200 MAILBOX: 112

WICHITA KS 67205


TENNESSEE QUICK CASH

7625 HWY 70 S STE D

NASHVILLE TN 37221


TN TITLE LOANS

402 HWY 46 SOUTH

DICKSON TN 37055


UNITED CASH LOANS

2533 N CARSON ST

CARSON CITY NV 89706


US ATTORNEY GENERAL

US DEPT OF JUSTICE

950 PENNSYLVANIA AVE NW

WASHINGTON DC 20530


US DEPT OF ED/GLELSI

PO BOX 7860

MADISON WI 53707

WORLD ACCEPTANCE CORPORATION

ATTN: BANKRUPTCY PROCESSING

P O BOX 6429

GREENVILLE SC 29606

WORLD FINANCE

5416 CHARLOTTE AVE

NASHVILLE TN 37209