**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**


IN RE: GREGORY KYLE WILLIAMS
       1003-B KINGSTON SPRINGS RD    CASE NO. 14-04911-MH3-13
       KINGSTON SPRINGS, TN 37082
       Debtor
SSN: XXX-XX-7510


## NOTICE OF DEBTOR'S NEW ADDRESS

Comes now the debtor, by and through undersigned counsel, and hereby gives notice of his **NEW address,** as follows:

    GREGORY KYLE WILLIAMS
    1003-B KINGSTON SPRINGS RD
    KINGSTON SPRINGS, TN 37082


        Respectfully Submitted,


        /S/MARK PODIS
        Mark R. Podis (BPR #012216)
        Attorney for Debtor
        1161 Murfreesboro Road Suite 300
        Nashville, TN 37217
        Phone (615) 399-3800
        Fax (615) 399-9794
        email – PodisBankruptcy@aol.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing Notice has been delivered to the U.S. Trustee, 701 Broadway, 318 Customs House, Nashville, TN 37203 and delivered to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019, mailed to the debtor, to all parties in interest and copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 8th day of January, 2015.

                    /s/Mark Podis
                    MARK R. PODIS

      A TOTAL OF 45 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MATRIX.

Total first class 45

Total Certified 0