## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

GREGORY KYLE WILLIAMS  
1003B KINGSTON SPRINGS RD  
KINGSTON SPRINGS, TN  37082

Case No. **14-04911-MH3-13**

JUDGE MARIAN F HARRISON

SSN XXX-XX-7510

### TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been examined. The deadline for filing non government claims in this case was **11/03/2014**. The deadline for filing claims by governmental units was **12/17/2014**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CHECK INTO CASH<br>7052 CHARLOTTE PIKE<br>NASHVILLE, TN  37209 | $0.00<br>DATE FILED: 06/27/2014 | AUTOMOBILE LOAN (V)<br>Disb level: 21<br><br>ACCT:<br>COMM: 01 RANGER TITLE LOAN |
| | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 % + 3.25%** | COURT'S CLAIM# |
| WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY PROCESSING<br>P O BOX 6429<br>GREENVILLE, SC  29606 | $367.72<br>DATE FILED: 09/16/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9499**<br>COMM: VOID LIEN |
| | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 7 |
| ACE CASH<br>NATIONAL CREDIT ADJUSTERS<br>P O BOX 30323<br>HUTCHINSON, KS  67504 | $0.00<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5735**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| ADVANCE AMERICA<br>3736 ANNEX AVE<br>NASHVILLE, TN  37209 | $0.00<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1799**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| ADVANCE AMERICA<br>P O BOX 3058<br>SPARTANBURG, SC  29304 | $0.00<br>DATE FILED: 06/27/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| ADVANCE FINANCIAL<br>1901 CHURCH ST<br>NASHVILLE, TN  37203 | $0.00<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6994**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| AT T<br>P O BOX 536216<br>ATLANTA, GA  30353 | $0.00<br>DATE FILED: 06/27/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| AT T<br>EOS CCA<br>700 LONGWATER DR<br>NORWELL, MA  02061 | $0.00<br>DATE FILED: 06/27/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **7286**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| AT T<br>DIVERSIFIED CONSULTANTS<br>P O BOX 551268<br>JACKSONVILLE, FL  32255 | **$0.00**<br>DATE FILED: 06/27/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **6751**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| AT T<br>MRS ASSOC<br>1930 OLNEY AVE<br>CHERRY HILL, NJ  08003 | **$0.00**<br>DATE FILED: 06/27/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **8113**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| AT T<br>IC SYSTEM<br>P O BOX 64794<br>SAINT PAUL, MN  55164 | **$0.00**<br>DATE FILED: 06/27/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **5169**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| BELLSOUTH TELECOMMUNICATIONS INC<br>AT T SERVICES INC KAREN A<br>CAVAGNARO LEAD PARALEGAL<br>ONE AT T WAY RM 3A 104<br>BEDMINSTER, NJ  07921 | **$306.20**<br>DATE FILED: 06/26/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0470**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 1 |
| AT T<br>% AFNI INC<br>1310 MARTIN LUTHER KING DR<br>BLOOMINGTON, IL  61701 | **$0.00**<br>DATE FILED: 06/27/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **0205**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| AT T MOBILITY<br>MRS BPO LLC<br>1930 OLNEY AVE<br>CHERRY HILL, NJ  08003 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6117**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| BANK OF AMERICA<br>P O BOX 25118<br>TAMPA, FL  33622 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: OVERDRAFT CHARGES |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| BUCKEYE CHECK CASHING<br>350 WHITE BRIDGE PK<br>NASHVILLE, TN  37209 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **382**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| CAPITAL 1 BANK<br>ATTN BK DEPT<br>P O BOX 30285<br>SALT LAKE CITY, UT  84130 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6397**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| CARECENTRIX<br>P O BOX 277947<br>ATLANTA, GA  30384 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **IQ30**<br>COMM: MEDICAL |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| CASH CITY<br>THE LAW OFFICE OF JENNIFER MCCOY<br>533 CHURCH ST 126<br>NASHVILLE, TN  37219 | **$230.00**<br>DATE FILED: 08/28/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5434**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 6 |
| CENTENNIAL MEDICAL<br>P O BOX 740757<br>CINCINNATI, OH  45274-0757 | $0.00<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9374**<br>COMM: MEDICAL |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| CHASE<br>P O BOX 15298<br>WILMINGTON, DE  19850 | $0.00<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0431**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 21<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| CHECK INTO CASH<br>ATTN COLLECTIONS<br>P O BOX 550<br>CLEVELAND, TN  37364 | **$500.00**<br>DATE FILED: 07/15/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7510**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 22<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 4 |
| COMCAST<br>% STELLAR RECOVERY INC<br>1327 HWY 2 WEST<br>KALISPELL, MT  59901 | $0.00<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4391**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 23<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| CREDIT ONE BANK<br>P O BOX 98873<br>LAS VEGAS, NV 89193 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4364**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 24<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| DISCOVER FIN SVCS<br>P O BOX 15316<br>WILMINGTON, DE 19850 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2258**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 25<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| EASY CASH SOLUTIONS<br>2700 NOLENSVILLE RD<br>NASHVILLE, TN 37217 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 26<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| EMERGENCY MEDICAL CONSULTANTS<br>FOX COLLECTION CTR<br>P O BOX 528<br>GOODLETTSVILLE, TN 37070 | **$817.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5762**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 27<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 2 |
| EXXMBLCITI<br>ATTN CENTRALIZED BANKRUPTCY<br>P O BOX 20507<br>KANSAS CITY, MO 64195 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3797**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 28<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 953185<br>ST LOUIS, MO  63195-3185 | **$399.98**<br>DATE FILED: 11/03/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1940**<br>COMM: EZMONEY LOANS |
| | TRUSTEE'S CLAIM NO: 29<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 10 |
| FAST MONEY CASH CLOUD<br>ACL 388770 STE 8<br>08 AMY CLOSE<br>NORTH WYONG AUSTRALIA 2259,<br>00000 | $0.00<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: HTTP://WWW.CASHCLOUD.COM.AU/CONTACT.HTML |
| | TRUSTEE'S CLAIM NO: 30<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| FIRST CLINIC<br>P O BOX 740776<br>CINCINNATI, OH  45274 | $0.00<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7155**<br>COMM: MEDICAL |
| | TRUSTEE'S CLAIM NO: 31<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| GENERAL CREDIT CORP<br>5416 CHARLOTTE AVE<br>NASHVILLE, TN  37209 | $0.00<br>DATE FILED: 06/27/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **9901**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 32<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| GREAT LAKES<br>P O BOX 530229<br>ATLANTA, GA  30353 | $0.00<br>DATE FILED: 06/27/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 33<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| CERASTES LLC<br>WEINSTEIN PINSON AND RILEY<br>P O BOX 3978<br>SEATTLE, WA  98124 | **$350.00**<br>DATE FILED: 10/03/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0934**<br>COMM: INTEGRITY PAYDAY LOAN |
| | TRUSTEE'S CLAIM NO: 34<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 8 |
| KROGER CHECK RECOVERY CENTER<br>P O BOX 30650<br>SALT LAKE CITY, UT  84130 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: NSF |
| | TRUSTEE'S CLAIM NO: 35<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| NASHVILLE FIRE DEPT EMS<br>ROBINSON REAGAN AND YOUNG PLLC<br>105 BROADWAY STE 300<br>NASHVILLE, TN  37201 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0533**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 36<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| RADIOLOGY ALLIANCE<br>FOX COLLECTION CENTER<br>P O BOX 528<br>GOODLETTSVILLE, TN  37070 | **$102.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6974**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 37<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 3 |
| REGIONS BANK<br>% CONVERGENT OUTSOURCING<br>10750 HAMMERLY BLVD STE 200<br>HOUSTON, TX  77043 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3069**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 38<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| SPEEDYCASH COM<br>AD ASTRA REC<br>8918 W 21ST ST N STE 200 MAILBOX 112<br>WICHITA, KS 67205 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3370**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 39<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| TENNESSEE QUICK CASH INC<br>5302 MOUNT VIEW ROAD<br>ANTIOCH, TN 37013 | **$792.00**<br>DATE FILED: 10/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7510**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 40<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 9 |
| TN TITLE LOANS<br>402 HWY 46 SOUTH<br>DICKSON, TN 37055 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2600**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 41<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| UNITED CASH LOANS<br>2533 N CARSON ST<br>CARSON CITY, NV 89706 | **$0.00**<br>DATE FILED: 06/27/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5304**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 42<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| US ATTORNEY GENERAL<br>% US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530 | **$0.00**<br>DATE FILED: 06/27/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **7510**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 43<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| US DEPT OF EDUCATION<br>P O BOX 530229<br>ATLANTA, GA 30353-0229 | **$2,227.91**<br>DATE FILED: 07/18/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7510**<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 44<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 5 |
| WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY PROCESSING<br>P O BOX 6429<br>GREENVILLE, SC 29606 | **$0.00**<br>DATE FILED: 06/27/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 45<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| INLAND BANK<br>NO ADDRESS GIVEN<br>, 00000 | **$0.00**<br>DATE FILED: 07/14/2014 | AUTOMOBILE LOAN (V)<br>Disb level: 0<br><br>ACCT:<br>COMM: TBD |
| | TRUSTEE'S CLAIM NO: 46<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 953185<br>ST LOUIS, MO 63195-3185 | **$470.55**<br>DATE FILED: 11/03/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7363**<br>COMM: EASY MONEY |
| | TRUSTEE'S CLAIM NO: 47<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 11 |
| TOTAL | | $8,230.36 |

The Trustee proposes to pay on such claims unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

<u>01/12/2015</u>         <u>   st   </u>
  DATE              INITIALS

<u>/s/ Henry E. Hildebrand, III</u>
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc: HENRY E. HILDEBRAND, III
    GREGORY KYLE WILLIAMS
    1003B KINGSTON SPRINGS RD
    KINGSTON SPRINGS, TN  37082

MARK PODIS AND ASSOCIATES
1161 MURFREESBORO RD SUITE 300
NASHVILLE, TN  37217