IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

    GREGORY WILLIAMS                   CASE NO.: 14-04911
    1003-B KINGSTON SPRINGS ROAD     CHAPTER 13
    KINGSTON SPRINGS TN  37082        JUDGE HARRISON
        Debtor
    SSN: xxx-xx-7510

**DEBTOR'S APPLICATION AND MOTION FOR AN ORDER PURSUANT TO FED.R.BANKR.P.9006(b) (1) EXTENDING THE TIME FOR FILING OF CLAIMS BY DEBTOR AS GOVERNED BY FRD.R.BANKR.P.3004**

The Debtor, by and through counsel, Mark Podis, files this Application, pursuant to Fed.R.Bankr.P. 9006 (b) (1), for an Order extending the bar date for the filing of claims by Debtor on behalf of Creditor, pursuant to Fed.R.Bankr.P. 3004, states as follows:

1. Debtor filed Chapter 13 bankruptcy on June 20, 2014 and the plan was confirmed by this Honorable Court on August 7, 2014.

2. CHECK INTO CASH was listed in the bankruptcy and received notice of the bankruptcy, and failed to file a proof of claim before the bar date. The Debt is a pre-petition, secured debt.

3. The deadline for creditors to file a proof of claim expired November 3, 2014. The deadline for government creditors to file a proof of claims expired on December 17, 2014.

4. The Fed.R.Bankr.P. 3004 deadline for the Debtor to file a proof of claim for a Creditor who fails to do so expired on November 3, 2014.

5. Debtor does not dispute this claim and intends to file a proof of claim on behalf of CHECK INTO CASH.  A copy of the proposed proof of claim is attached hereto as Exhibit 1.

6. Debtor proposes to pay the claim as a secured creditor with the value of $2,000.00 at 3.25% interest with a monthly payment of $21.00 as provided in the Confirmation Order.

7. If debtor's request is approved, Debtor's payroll deducted plan payments will remain the same at $70.00 bi-weekly with a base of $9,100.00.

9. Debtors' unsecured creditors will be paid at a dividend of 20% as confirmed.

10. A Matrix for said Creditor is attached hereto.

**STATEMENT OF IMPACT:**

Debtor's modified plan by filing a late filed claim for CHECK INTO CASH is not expected to affect any creditor. All filed pre-petition unsecured creditors will continue to receive a dividend of 20% as confirmed. Debtor's payroll deducted plan payments will remain the same at $70.00 bi-weekly with a base of $9,100.00.

**WHEREFORE,** Debtor prays that an order be entered extending the bar date to file claims by Debtor in the name of Creditor as governed by Fed.R.Bankr.P. 3004 and 9006 and approving the modification of their plan by filing proof of claim on behalf of said creditor to be paid as a secured debt, and such other relief as this Honorable Court deems just.

Respectfully Submitted,

*/s/ Mark Podis*
Mark R. Podis, #012216
Attorney for Debtor
1161 Murfreesboro Road Ste 300
Nashville, Tennessee 37217
Telephone (615) 399-3800
Facsimile (615) 399-9794
Email Podisbankruptcy@aol.com

# CERTIFICATE OF SERVICE

       I hereby certify that a true and exact copy of the foregoing Notice, Motion and Proposed Order has been delivered to the U.S. Trustee, 701 Broadway, Customs House Bldg, Nashville, TN 37203, and the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203, and mailed to Check Into Cash, 7052 Charlotte Pike, Nashville TN 37209 and Debtor, Gregory Williams, 1003-B Kingston Springs Road, Kingston Springs TN 37082 and to all creditors and parties in interest via CM/ECF @ http://ecf.tnmb.uscourts.gov, on the 2nd of February 2015**.**

                                                         */s/ Mark Podis*
                                                       MARK R. PODIS

**A TOTAL OF 45 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MATRIX.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | |
|---|---|
| GREGORY WILLIAMS | CASE NO.: 14-04911 |
| 1003-B KINGSTON SPRINGS ROAD | CHAPTER 13 |
| KINGSTON SPRINGS TN 37082 | JUDGE HARRISON |
| Debtor | |
| SSN: xxx-xx-7510 | |

## AFFIDAVIT

STATE OF TENNESSEE )
)
COUNTY OF DAVIDSON )

I, the undersigned affiant, hereby attest that the debt to CHECK INTO CASH is to be paid through the plan but CHECK INTO CASH has not filed a proof of claim before the bar date.

Further affiant saith not.

/s/ Gregory Williams
Gregory Williams

Sworn to me this February 2, 2015.

/s/*Frances E. Johnson*
Notary Public

My Commission Expires: March 7, 2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | |
|---|---|
| GREGORY WILLIAMS | CASE NO.: 14-04911 |
| 1003-B KINGSTON SPRINGS ROAD | CHAPTER 13 |
| KINGSTON SPRINGS TN 37082 | JUDGE HARRISON |
| Debtor | |
| SSN: xxx-xx-7510 | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** *February 23, 2015*
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** *March 11, 2015, 8:30 A.M, Court Room 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203*

### NOTICE OF DEBTOR'S APPLICATION AND MOTION FOR AN ORDER PURSUANT TO FED.R.BANKR.P.9006 (b) (1) EXTENDING THE TIME FOR FILING OF CLAIM BY DEBTOR AS GOVERNED BY FDR.R.BANKR.P.3004

Gregory Williams has asked the court for the following relief: To File a Late Claim in regards to creditor CHECK INTO CASH.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before February 23, 2015 you or your attorney must:

1. File with the court your written response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https:ecf.tnmb.uscourts.gov>

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday – Friday, 8:00 A.M. – 4:00 P.M.)

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE***

*HEARING DATE.* You may check whether a timely response has been filed by viewing the case on the court's web site at <www.tnmb.uscourts.gov>.

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date:   February 2, 2015

                                                    */s/ Mark Podis*
                                                    Mark R. Podis, #012216
                                                    Attorney for Debtor
                                                    1161 Murfreesboro Rd Ste 300
                                                    Nashville, TN 37217
                                                    (615) 399-3800 Telephone
                                                    (615) 399-9794 Facsimile
                                                    podisbankruptcy@aol.com email