B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF TENNESSEE | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: **GREGORY KYLE WILLIAMS** | Case Number: **3:14-bk-04911** | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**CHECK INTO CASH**

**COURT USE ONLY**

Name and address where notices should be sent:
**CHECK INTO CASH**
**7052 CHARLOTTE PIKE**
**NASHVILLE, TN 37209**
Telephone number:　　　　　　email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
　*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):
Telephone number:　　　　　　email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:　　**$1,130.00**

If all or part of your claim is secured, complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim:　**TITLE LOAN**
　(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:
_____

3a. Debtor may have scheduled account as:

_____
(See instruction #3a)

3b. Uniform Claim Identifier (optional):

_____
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate　■ Motor Vehicle　☐ Other
Describe: **2001 RANGER**
Value of Property: $　**2,000.00**
Annual Interest Rate:　**3.25**　% ■ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
　　　　　　$_____

Basis for perfection: _____

Amount of Secured Claim:　$　**1,130.00**

Amount Unsecured:　$_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

Amount entitled to priority:

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**EXHIBIT**

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: **TITLE LOAN**

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.     ☐ I am the creditor's authorized agent.     ■ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)     ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **MARK PODIS**
Title:
Company: **PODIS & PODIS**
Address and telephone number (if different from notice address above):
**1161 MURFREESBORO PIKE**
**SUITE 300**
**NASHVILLE, TN 37217**

/s/ MARK PODIS
(Signature)                    (Date)

Telephone number: **615-399-3800**    email: **PodisBankruptcy@aol.com**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.