IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | |
|---|---|
| GREGORY WILLIAMS | CASE NO.: 14-04911 |
| 1003-B KINGSTON SPRINGS ROAD | CHAPTER 13 |
| KINGSTON SPRINGS TN 37082 | JUDGE HARRISON |
| Debtor | |

SSN: xxx-xx-7510

**ORDER GRANTING DEBTOR'S APPLICATION AND MOTION FOR AN ORDER PURSUANT TO FED.R.BANKR.P.9006 (b) (1) EXTENDING THE TIME FOR FILING OF CLAIM BY DEBTOR AS GOVERNED BY FDR.R.BANKR.P.3004**

It appearing to the Court that the Motion for an Order Pursuant to FED.R.BANKR.P. 9006 (b) (1) Extending time for filing of claim by Debtor as governed by FDR.R.Bankr.P. 3004 in the above referenced case is well taken, as evidenced by the signatures of Counsel for the Debtor entered below, respectively, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for an Order Pursuant to FED.R.BANKR.P.9006 (b) (1) Extending time for filing of claim by Debtor as governed by FDR.R.Bankr.P. 3004 is granted. Debtor's modified plan by filing a late filed secured claim for CHECK INTO CASH, is not expected to affect any creditor. Debtor proposes to pay the claim as a secured creditor with the value of $2,000.00 at 3.25% interest with a monthly payment of $21.00 as provided in the Confirmation Order.

All filed pre-petition unsecured creditors will continue to receive a dividend of 20% as confirmed. Debtor's payroll deducted plan payments will remain the same at $70.00 bi-weekly with a base of $9,100.00.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE*

APPROVED FOR ENTRY:

*/s/ Mark Podis*
Mark R. Podis
Attorney for Debtor
1161 Murfreesboro Rd Ste 300
Nashville TN 37217
(615) 399-3800 phone
(615) 399-9794 facsimile
podisbankruptcy@aol.com email