```
                              United States Bankruptcy Court
                              Middle District of Tennessee
```

In re:                                                             Case No. 14-04911-MFH
GREGORY KYLE WILLIAMS                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3         User: bmp2450           Page 1 of 1           Date Rcvd: Mar 03, 2015
                             Form ID: pdf001         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2015.
db             +GREGORY KYLE WILLIAMS,   1003-B KINGSTON SPRINGS RD,   KINGSTON SPRINGS, TN 37082-9276

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2015 at the address(es) listed below:
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              MARK RICHARD PODIS    on behalf of Debtor GREGORY KYLE WILLIAMS PodisBankruptcy@aol.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 3

*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 3/3/2015

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

    GREGORY WILLIAMS              CASE NO.: 14-04911
    1003-B KINGSTON SPRINGS ROAD    CHAPTER 13
    KINGSTON SPRINGS TN 37082       JUDGE HARRISON
        Debtor
    SSN: xxx-xx-7510

**ORDER GRANTING DEBTOR'S APPLICATION AND MOTION FOR AN ORDER PURSUANT TO FED.R.BANKR.P.9006 (b) (1) EXTENDING THE TIME FOR FILING OF CLAIM BY DEBTOR AS GOVERNED BY FDR.R.BANKR.P.3004**

    It appearing to the Court that the Motion for an Order Pursuant to FED.R.BANKR.P. 9006 (b) (1) Extending time for filing of claim by Debtor as governed by FDR.R.Bankr.P. 3004 in the above referenced case is well taken, as evidenced by the signatures of Counsel for the Debtor entered below, respectively, and the Court being otherwise sufficiently advised;

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for an Order Pursuant to FED.R.BANKR.P.9006 (b) (1) Extending time for filing of claim by Debtor as governed by FDR.R.Bankr.P. 3004 is granted. Debtor's modified plan by filing a late filed secured claim for CHECK INTO CASH, is not expected to affect any creditor. Debtor proposes to pay the claim as a secured creditor with the value of $2,000.00 at 3.25% interest with a monthly payment of $21.00 as provided in the Confirmation Order.

All filed pre-petition unsecured creditors will continue to receive a dividend of 20% as confirmed. Debtor's payroll deducted plan payments will remain the same at $70.00 bi-weekly with a base of $9,100.00.

***THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE***

APPROVED FOR ENTRY:

*/s/ Mark Podis*
Mark R. Podis
Attorney for Debtor
1161 Murfreesboro Rd Ste 300
Nashville TN 37217
(615) 399-3800 phone
(615) 399-9794 facsimile
podisbankruptcy@aol.com email

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.