# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Tennessee

**In the Matter of**:

    GREGORY WILLIAMS              CASE NO.: 14-04911
    1003-B KINGSTON SPRINGS ROAD    CHAPTER 13
    KINGSTON SPRINGS TN 37082        JUDGE HARRISON
        Debtor
    SSN: xxx-xx-7510

## CERTIFICATE OF MAILING

    This is to certify that a true and exact copy of the foregoing Order has been mailed to all interested parties, including but not limited to the **Chapter 13 Trustee**, P. O. Box 340019 Nashville, TN 37203-0019, to the Assistant **U.S. Trustee** for the Middle District of Tennessee, 3rd floor, Customs House, 701 Broadway, Nashville, TN 37203, and mailed to Check Into Cash, 7052 Charlotte Pike, Nashville TN 37209 and Debtor, Gregory Williams, 1003-B Kingston Springs Road, Kingston Springs TN 37082, and to all creditors and all parties in interest via CM/ECF @ http://ecf.tnmb.uscourts.gov. on March 9, 2015.

                                                               /s/Mark Podis_____
                                                               Mark Podis #012216
                                                               Attorney for Debtor
                                                               1161 Murfreesboro Rd., STE 300
                                                               Nashville, TN 37217
                                                               (615) 399-3800 phone
                                                               (615)399-9794 fax
                                                               PodisBankruptcy@aol.com e-mail