Form DBCLMFRM

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:14−bk−04911**
Chapter 13

In re:
   GREGORY KYLE WILLIAMS
   1003−B KINGSTON SPRINGS RD
   KINGSTON SPRINGS, TN 37082

Social Security No.:
   xxx−xx−7510

Employer's Tax I.D. No.:

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR

NOTICE IS HEREBY GIVEN 3/10/15 the debtor, has filed a proof of claim pursuant to Federal Rules of Bankruptcy Procedure 3004 for the following creditors:

CHECK INTO CASH
7052 CHARLOTTE PIKE
NASHVILLE TN 37209

Amount of Claim $ 1130.00

The deadline for filing is 11/3/14, except that the deadline for filing claims by a governmental unit is 12/17/14.

BY THE COURT

Dated: 3/10/15

MATTHEW T LOUGHNEY
Clerk

BY: /s/ jmw
Deputy Clerk

A copy of this notice shall be mailed by the clerk after entry on the docket to the debtor(s), the attorney for the debtor(s), the chapter 13 trustee, and the above listed creditor.