**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:
GREGORY KYLE WILLIAMS
1003B KINGSTON SPRINGS RD
KINGSTON SPRINGS, TN  37082

Case No.14-04911-MH3-13
CHAPTER 13

SSN XXX-XX-7510

**TRUSTEE'S NOTICE OF FILING OF ADDITIONAL CLAIM AND INTENT TO PAY**

Comes now the Standing Chapter 13 Trustee and hereby serves notice that the following claim was filed against the estate of the debtor and that such claim was not included in previous notices disclosing claims:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CHECK INTO CASH<br>7052 CHARLOTTE PIKE<br>NASHVILLE, TN  37209-0000 | $1,130.00 | AUTOMOBILE LOAN<br>Disb Level: 21.00<br>ACCT:<br>COMM: 2001 FORD RANGER/PER EXT ORDER 03/03/15/FILE A |
| Court's Claim# 12 | Trustee's Claim# 1 | DATE FILED: 03/09/2015 |

The Trustee has examined the claim and intends to treat the claim as allowed for the amount claimed and payable pursuant to the provisions of the debtor(s) confirmed plan and other orders of this court.

03/11/2015
DATE SENT

JRH
INITIALS

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc:
MARK PODIS AND ASSOCIATES
1161 MURFREESBORO RD SUITE 300
NASHVILLE, TN 37217

GREGORY KYLE WILLIAMS
1003B KINGSTON SPRINGS RD
KINGSTON SPRINGS, TN 37082

CHAPTER 13 TRUSTEE