```
                         United States Bankruptcy Court
                          Middle District of Tennessee
```

In re:                                                          Case No. 14-04911-MFH
GREGORY KYLE WILLIAMS                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: jmw0113            Page 1 of 1            Date Rcvd: Mar 10, 2015
                              Form ID: dbclmfrm        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2015.
db          +GREGORY KYLE WILLIAMS,    1003-B KINGSTON SPRINGS RD,    KINGSTON SPRINGS, TN 37082-9276
5539039     +CHECK INTO CASH,    7052 CHARLOTTE PIKE,    NASHVILLE TN 37209-4210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2015                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2015 at the address(es) listed below:
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              MARK RICHARD PODIS    on behalf of Debtor GREGORY KYLE WILLIAMS PodisBankruptcy@aol.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 3

**Form DBCLMFRM**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:14−bk−04911**
**Chapter 13**

In re:
   GREGORY KYLE WILLIAMS
   1003−B KINGSTON SPRINGS RD
   KINGSTON SPRINGS, TN 37082

Social Security No.:
   xxx−xx−7510

Employer's Tax I.D. No.:

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR

NOTICE IS HEREBY GIVEN 3/10/15 the debtor, has filed a proof of claim pursuant to Federal Rules of Bankruptcy Procedure 3004 for the following creditors:

CHECK INTO CASH
7052 CHARLOTTE PIKE
NASHVILLE TN 37209

Amount of Claim $ 1130.00

The deadline for filing is 11/3/14, except that the deadline for filing claims by a governmental unit is 12/17/14.

BY THE COURT

Dated: 3/10/15            MATTHEW T LOUGHNEY
                               Clerk

                               BY: /s/ jmw
                               Deputy Clerk

A copy of this notice shall be mailed by the clerk after entry on the docket to the debtor(s), the attorney for the debtor(s), the chapter 13 trustee, and the above listed creditor.