**IN THE UNITED STATES BANKRUPTCY COURT**       LC
                      **FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:                                              CASE NO. 14-04911-MH3-13
GREGORY KYLE WILLIAMS                               10/08/2015
1003B KINGSTON SPRINGS RD
KINGSTON SPRINGS, TN  37082


SSN XXX-XX-7510                          **AMENDED**

---

                            **ORDER TO PAY TRUSTEE**

---

     The referenced debtor has filed a petition for relief under Chapter 13 of the  Bankruptcy
Code and has submitted all future income to the jurisdiction of the court in accordance with the
Bankruptcy Rules.
     **IT IS ORDERED** that until further order of this court, the entity from whom the
debtor receives income:

                    METRO GOVERNMENT
                    ATTN CENTRAL PAYROLL
                    P O BOX 196300
                    NASHVILLE, TN  37219

shall deduct **$223.50 BI-WEEKLY** beginning on the next pay period following receipt of this order
and deduct same amount each pay period thereafter including any period for which the debtor
receives a periodic lump sum payment as a result of vacation, termination,longevity pay, merit
bonuses or other benefits arising from present or past employment of the debtor and to remit the
deductible amount, at least monthly, to:

                    CHAPTER 13 TRUSTEE
                    P O BOX 340019
                    NASHVILLE, TN  37203
                    PHONE:  615-244-1101
                    FAX:  615-242-3241
                    pleadings@ch13nsh.com

**IT IS FURTHER ORDERED** that the entity from whom the debtor receives income shall notify
the Trustee in writing, if the debtor's income is terminated and the reason therefore.
     **IT IS FURTHER ORDERED** that all income of the debtor (including monthly commission checks
unless specifically ordered otherwise by this Court) except the amounts required to be withheld
for taxes, social security, insurance, pension, or union dues be paid in accordance with usual
payment procedures.
     **IT IS FURTHER ORDERED** that no deductions for account of any garnishment, wage assignment,
child support, alimony payment, credit union, or other purpose not specifically authorized by
this Court shall be made from the income of said debtor.
   **IT IS FURTHER ORDERED** that this order supersedes all previous orders received by the
above-referenced entity from whom the debtor receives income in this case.  Failure to comply
with the provisions of this order may result in a motion to show cause why said entity should
not be found in contempt.

                                             THIS ORDER WAS SIGNED AND ENTERED
                                             ELECTRONICALLY AS INDICATED AT THE TOP
                                             OF THE FIRST PAGE.
  cc: GREGORY KYLE WILLIAMS
      MARK D. ANDERSON, ATTORNEY
      HENRY E. HILDEBRAND, III
      METRO GOVERNMENT