United States Bankruptcy Court
Middle District of Tennessee

In re:                                                              Case No. 14-04911-MFH
GREGORY KYLE WILLIAMS                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: ced0001          Page 1 of 1              Date Rcvd: Oct 08, 2015
                             Form ID: pdf001         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2015.
db            +GREGORY KYLE WILLIAMS,    1003-B KINGSTON SPRINGS RD,    KINGSTON SPRINGS, TN 37082-9276
              +METRO GOVERNMENT,    ATTN CENTRAL PAYROLL,    PO BOX 196300,    NASHVILLE, TN 37219-6300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2015 at the address(es) listed below:
          HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
          MARK RICHARD PODIS   on behalf of Debtor GREGORY KYLE WILLIAMS PodisBankruptcy@aol.com
          US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                                      TOTAL: 3

Marian F. Harrison
US Bankruptcy Judge

Dated: 10/8/2015

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

LC

IN RE:                                          CASE NO. 14-04911-MH3-13
GREGORY KYLE WILLIAMS                           10/08/2015
1003B KINGSTON SPRINGS RD
KINGSTON SPRINGS, TN  37082


SSN XXX-XX-7510                    **AMENDED**

---

## ORDER TO PAY TRUSTEE

---

     The referenced debtor has filed a petition for relief under Chapter 13 of the  Bankruptcy
Code and has submitted all future income to the jurisdiction of the court in accordance with the
Bankruptcy Rules.
     **IT IS ORDERED** that until further order of this court, the entity from whom the
debtor receives income:

                    METRO GOVERNMENT
                    ATTN CENTRAL PAYROLL
                    P O BOX 196300
                    NASHVILLE, TN  37219

shall deduct **$223.50 BI-WEEKLY** beginning on the next pay period following receipt of this order
and deduct same amount each pay period thereafter including any period for which the debtor
receives a periodic lump sum payment as a result of vacation, termination,longevity pay, merit
bonuses or other benefits arising from present or past employment of the debtor and to remit the
deductible amount, at least monthly, to:

                    CHAPTER 13 TRUSTEE
                    P O BOX 340019
                    NASHVILLE, TN  37203
                    PHONE:  615-244-1101
                    FAX:  615-242-3241
                    pleadings@ch13nsh.com

**IT IS FURTHER ORDERED** that the entity from whom the debtor receives income shall notify
the Trustee in writing, if the debtor's income is terminated and the reason therefore.
     **IT IS FURTHER ORDERED** that all income of the debtor (including monthly commission checks
unless specifically ordered otherwise by this Court) except the amounts required to be withheld
for taxes, social security, insurance, pension, or union dues be paid in accordance with usual
payment procedures.
     **IT IS FURTHER ORDERED** that no deductions for account of any garnishment, wage assignment,
child support, alimony payment, credit union, or other purpose not specifically authorized by
this Court shall be made from the income of said debtor.
     **IT IS FURTHER ORDERED** that this order supersedes all previous orders received by the
above-referenced entity from whom the debtor receives income in this case.  Failure to comply
with the provisions of this order may result in a motion to show cause why said entity should
not be found in contempt.

                              THIS ORDER WAS SIGNED AND ENTERED
                              ELECTRONICALLY AS INDICATED AT THE TOP
                              OF THE FIRST PAGE.

  cc: GREGORY KYLE WILLIAMS
      MARK PODIS AND ASSOCIATES
      HENRY E. HILDEBRAND, III
      METRO GOVERNMENT

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.