*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 1/28/2016

BB

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                         14-04911-MH3-13

GREGORY KYLE WILLIAMS
1003B KINGSTON SPRINGS RD                    1/27/2016
KINGSTON SPRINGS, TN 37082
SSN XXX-XX-7510

## AGREED ORDER ALLOWING PLAN TO CONTINUE AND
## PLACING DEBTOR(S) ON PROBATION

It appears to the Court that the Trustee has filed a Motion To Dismiss the above-styled case due to the failure of the debtor to make payments as required by the Chapter 13 plan previously confirmed by the Court. It further appears to the Court that the Trustee and the debtor have agreed to allow the plan to continue. It is therefore

ORDERED, that the Trustee's Motion To Dismiss is denied; it is further

ORDERED, that it is the obligation of the debtor to make all future payments in accordance with the confirmed Chapter 13 plan and that should the debtor fail to make any payment as required, this case will be dismissed upon filing of notice by the Trustee, without further hearing.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

AGREED TO:

/s/ MARK PODIS
_____
MARK PODIS AND ASSOCIATES
ATTY FOR THE DEBTOR
1161 MURFREESBORO RD SUITE 300
NASHVILLE, TN 37217
PHONE NO. 615-399-3800
PodisBankruptcy@aol.com
FAX NO. 615-399-9794

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.