## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | GREGORY K. WILLIAMS | CASE NO. 3:14-bk-04911 |
| | 1003-B KINGSTON SPRINGS RD | CHAPTER 13 |
| | KINGSTON SPRINGS, TN 37082 | JUDGE HARRISON |
| | Debtor | |
| | SSN: xxx-xx-7510 | |

### ORDER GRANTING DEBTOR'S MOTION TO INCUR DEBT IN THE FORM OF A SECURED CREDIT CARD

Debtor filed a Motion to Incur Debt. Notice was mailed pursuant to LBR 9013-1 and no responses or objections to the motion were filed.

**IT IS ORDERED** that the Motion to Incur Debt will be Granted:

1. Debtor shall be allowed to obtain secured credit card with a monthly payment not to exceed $75.00 and an interest rate not to exceed 24%.

2. Debtor shall close the secured credit card at either the expiration of six (6) months or upon closing on a home loan.

3. Debtor shall deposit $300.00 with the lender to secure the credit card

4. Debtor's payroll deducted plan payments will remain $223.50 bi-weekly.

5. All filed pre-petition unsecured creditors will receive a minimum dividend of 20% as confirmed.

6. The plan base shall remain $25,103.00.

7. NOTICE IS PROVIDED TO CREDITORS. FAILURE TO OBJECT TO THIS MOTION MEANS YOU ACCEPT THIS TREATMENT.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE*

# DRAFT

APPROVED FOR ENTRY:

**/s/ Mark Podis**
Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Road Ste 300
Nashville, TN  37217
Telephone (615) 399-3800
Fax (615) 399-9794
Email-podisbankruptcy@aol.com