# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | **GREGORY WILLIAMS** | ) |
| | **1003 KINGSTON SPRINGS ROAD #B** | ) **CASE NO.: 14-04911** |
| | **KINGSTON SPRINGS, TN 37082** | ) **CHAPTER 13** |
| | **SSN: XXX-XX-7510** | ) **JUDGE: HARRISON** |
| | | ) |
| **Debtors** | **GREGORY WILLIAMS** | ) |

### AMENDED MONTHLY FAMILY BUDGET

| EXPENSES | Prior Budget* 6/20/2014 | Current Budget* 6/15/2016 |
|---|---|---|
| Rent / Mortgage: | $ 800.00 | $ 650.00 |
| Utilities: | | |
| Electricity, heat & natural gas | $ 150.00 | $ 125.00 |
| water, sewer, garbage | | $ 40.00 |
| Telephone. Cell phone, internet, satelite and cable | $ 136.00 | $ 120.00 |
| rental or homeowners insurance | | |
| home maintenance | | |
| Other : | | |
| Other (_____): | | |
| | | |
| Food and houskeeping supplies | $ 300.00 | $ 250.00 |
| childcare and childrens education costs | | |
| clothing, Laundry & Dry Cleaning: | $ 20.00 | $ 25.00 |
| personal care products & services | $ 10.00 | $ 15.00 |
| Medical & Dental Expenses: | $ 20.00 | $ 20.00 |
| Transportation, include gas, maintenance, bus or train fair: | $ 150.00 | $ 175.00 |
| Insurance (not deducted from wages): | | |
| Life: | | |
| health | | |
| vehicle | $ 80.00 | $ 80.00 |
| Other: | | |
| Other (_____): | | |
| | | |
| Taxes (not deducted from wages): | | |
| Child Support: | | |
| Installment payments | | |
| Other Monthly Expenses (**PROPOSED SECURED CREDIT CARD**): | | **$ 75.00** |
| | | |
| **TOTAL MONTHLY EXPENSES:** | $ 1,666.00 | $ 1,575.00 |

## AMENDED MONTHLY FAMILY BUDGET, CONTINUED

| **INCOME** | | | | Prior Budget* | Current Budget* |
|---|---|---|---|---|---|
| Debtor's Gross Income: | | | | $ 2,469.00 | $ 2,581.00 |
| Spouse's Gross Income: | | | | | |
| Subtotal Gross Income: | | | | $ 2,469.00 | $ 2,581.00 |
| Payroll Deductions: | Prior* | | Current* | | |
|    Payroll Taxes: | $ 194.00 | $ | 266.00 | | |
|    401(K): | | $ | 50.00 | | |
|    Health Insurance: | $ 159.00 | $ | 184.00 | | |
|    Life Insurance: | | | | | |
|    Short Term Disability: | | $ | 19.00 | | |
|    Total Payroll Deductions: | $ 353.00 | $ | 519.00 | | |
| Subtotal Net Income: | | | | $ 2,116.00 | $ 2,062.00 |
| Other Regular Income: | | | | | |
|    Support/Alimony: | | | | | |
|    Pension/SS/VA: | | | | | |
|    Other (_____): | | | | | |
| **TOTAL MONTHLY INCOME:** | | | | $ 2,116.00 | $ 2,062.00 |

| **SUMMARY:** | Prior Budget* | Current Budget* |
|---|---|---|
| **Total Monthly Income (from above):** | $ 2,116.00 | $ 2,062.00 |
| **minus Total Monthly Expenses (from page 1):** | $ 1,666.00 | $ 1,575.00 |
| **equals Monthly Surplus:** | $ 450.00 | $ 487.00 |
| **Monthly Plan Payment:** | $450.67 | $484.00 |
| **Duration of Plan (months):** | 60 | 60 |
| **Dividend to Unsecured Creditors (%):** | 20% | 20% |
| **Secured Creditors Affected:** | | |

Budgeting Class Completed on   ***August 19, 2014***

** Explain any increase or decrease in income, expenses, or dividend that exceeds 10%:
   Debtor is seeking permission to obtain a secured credit card for the purpose
   of rebuilding his credit and improve his credit score for the purpose of
   obtaining a home loan. Rent has decreased.

/s/   ***Gregory Williams***   *6/3/16*