**Form clkinq**

# United States Bankruptcy Court
## MIDDLE DISTRICT OF TENNESSEE
Case No. **3:14−bk−04911**
**Chapter 13**

In re:
    GREGORY KYLE WILLIAMS
    1003−B KINGSTON SPRINGS RD
    KINGSTON SPRINGS, TN 37082

Social Security No.:
    xxx−xx−7510

Employer's Tax I.D. No.:

---

## CLERK'S REMARK

---

Clerk's Remark − The related document has the following defect(s): Motion is a LBR 9013−1 motion and is docketed without entering objection and hearing dates.. (RE: related document(s)49 Motion for to Allow Debtor to Obtain a Secured Credit Card) (ccm)

Dated: 6/20/16                                                                                          MATTHEW T LOUGHNEY
                                                                                                                                 Court Clerk