UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

IN RE: GREGORY WILLIAMS )
1003 KINGSTON SPRINGS ROAD #B ) CASE NO.: 14-04911
KINGSTON SPRINGS, TN 37082 ) CHAPTER 13
SSN: XXX-XX-7510 ) JUDGE: HARRISON
)
Debtors  GREGORY WILLIAMS )

## AMENDED MONTHLY FAMILY BUDGET

| EXPENSES | Prior Budget* 6/20/2014 | Current Budget* 6/15/2016 |
|---|---|---|
| Rent / Mortgage: | $ 800.00 | $ 650.00 |
| Utilities: | | |
|     Electricity, heat & natural gas | $ 150.00 | $ 125.00 |
|     water, sewer, garbage | | $ 40.00 |
|     Telephone. Cell phone, internet, satelite and cable | $ 136.00 | $ 120.00 |
|     rental or homeowners insurance | | |
|     home maintenance | | |
|     Other : | | |
|     Other (_____): | | |
| Food and houskeeping supplies | $ 300.00 | $ 250.00 |
| childcare and childrens education costs | | |
| clothing, Laundry & Dry Cleaning: | $ 20.00 | $ 25.00 |
| personal care products & services | $ 10.00 | $ 15.00 |
| Medical & Dental Expenses: | $ 20.00 | $ 20.00 |
| Transportation, include gas, maintenance, bus or train fair: | $ 150.00 | $ 175.00 |
| Insurance (not deducted from wages): | | |
|     Life: | | |
|     health | | |
|     vehicle | $ 80.00 | $ 80.00 |
|     Other: | | |
|     Other (_____): | | |
| Taxes (not deducted from wages): | | |
| Child Support: | | |
| Installment payments | | |
| Other Monthly Expenses (**PROPOSED SECURED CREDIT CARD**): | | $ 75.00 |
| **TOTAL MONTHLY EXPENSES:** | $ 1,666.00 | $ 1,575.00 |

**AMENDED MONTHLY FAMILY BUDGET, CONTINUED**

| **INCOME** | | | | | Prior Budget* | Current Budget* |
|---|---|---|---|---|---|---|
| Debtor's Gross Income: | | | | | $ 2,469.00 | $ 2,581.00 |
| Spouse's Gross Income: | | | | | | |
| Subtotal Gross Income: | | | | | $ 2,469.00 | $ 2,581.00 |
| Payroll Deductions: | Prior* | | Current* | | | |
|     Payroll Taxes: | $ 194.00 | | $ 266.00 | | | |
|     401(K): | | | $ 50.00 | | | |
|     Health Insurance: | $ 159.00 | | $ 184.00 | | | |
|     Life Insurance: | | | | | | |
|     Short Term Disability: | | | $ 19.00 | | | |
|     Total Payroll Deductions: | $ 353.00 | | $ 519.00 | | | |
| Subtotal Net Income: | | | | | $ 2,116.00 | $ 2,062.00 |
| Other Regular Income: | | | | | | |
|     Support/Alimony: | | | | | | |
|     Pension/SS/VA: | | | | | | |
|     Other (____): | | | | | | |
| **TOTAL MONTHLY INCOME:** | | | | | $ 2,116.00 | $ 2,062.00 |
| | | | | | | |
| **SUMMARY:** | | | | | | |
| **Total Monthly Income (from above):** | | | | | $ 2,116.00 | $ 2,062.00 |
| **minus Total Monthly Expenses (from page 1):** | | | | | $ 1,666.00 | $ 1,575.00 |
| **equals Monthly Surplus:** | | | | | $ 450.00 | $ 487.00 |
| | | | | | | |
| **Monthly Plan Payment:** | | | | | $450.67 | $484.00 |
| **Duration of Plan (months):** | | | | | 60 | 60 |
| **Dividend to Unsecured Creditors (%):** | | | | | 20% | 20% |
| **Secured Creditors Affected:** | | | | | | |

Budgeting Class Completed on      *__August 19, 2014__*

** Explain any increase or decrease in income, expenses, or dividend that exceeds 10%:
    Debtor is seeking permission to obtain a secured credit card for the purpose
    of rebuilding his credit and improve his credit score for the purpose of
    obtaining a home loan. Rent has decreased.

/s/      *__Gregory Williams__*      *__6/3/16__*