IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: GREGORY KYLE WILLIAMS  CASE NO. 3:14-bk-04911
    1003-B KINGSTON SPRINGS RD  CHAPTER 13
    KINGSTON SPRINGS, TN 37082  JUDGE HARRISON

**Debtor**

SSN: xxx-xx-7510

### CERTIFICATE OF MAILING

This is to certify that a true and exact copy of the foregoing Order Granting Debtor's Motion to Incur Debt in the Form of a Secured Credit Card has been delivered to the US Trustee for the Middle District of Tennessee, 701 Broadway, 318 Customs House, Nashville, TN 37203, delivered to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203, mailed to debtor, **Gregory K. Williams**, 1003-B Kingston Springs Road, Kingston Springs, TN 37082 and to all parties in interest via CM/ECF @ http://ecf.tnmb.uscourts.gov on July 13, 2016.

**A TOTAL OF 45 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MATRIX**.

/s/Mark Podis_____
Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Rd., STE 300
Nashville, TN 37217
(615) 399-3800 phone
(615)399-9794 fax
PodisBankruptcy@aol.com e-mail