```
                          United States Bankruptcy Court
                           Middle District of Tennessee
```

In re:                                                          Case No. 14-04911-MFH
GREGORY KYLE WILLIAMS                                           Chapter 13
       Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0650-3          User: ko8454              Page 1 of 1              Date Rcvd: Jul 12, 2016
                              Form ID: pdf001           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
db             +GREGORY KYLE WILLIAMS,    1003-B KINGSTON SPRINGS RD,    KINGSTON SPRINGS, TN 37082-9276

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2016 at the address(es) listed below:
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              MARK RICHARD PODIS    on behalf of Debtor GREGORY KYLE WILLIAMS PodisBankruptcy@aol.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                              TOTAL: 3


Marian F. Harrison
US Bankruptcy Judge



Dated: 7/11/2016

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | GREGORY K. WILLIAMS | CASE NO. 3:14-bk-04911 |
| | 1003-B KINGSTON SPRINGS RD | CHAPTER 13 |
| | KINGSTON SPRINGS, TN 37082 | JUDGE HARRISON |
| | Debtor | |
| | SSN: xxx-xx-7510 | |

### ORDER GRANTING DEBTOR'S MOTION TO INCUR DEBT IN THE FORM OF A SECURED CREDIT CARD

Debtor filed a Motion to Incur Debt. Notice was mailed pursuant to LBR 9013-1 and no responses or objections to the motion were filed.

**IT IS ORDERED** that the Motion to Incur Debt will be Granted:

1. Debtor shall be allowed to obtain secured credit card with a monthly payment not to exceed $75.00 and an interest rate not to exceed 24%.

2. Debtor shall close the secured credit card at either the expiration of six (6) months or upon closing on a home loan.

3. Debtor shall deposit $300.00 with the lender to secure the credit card

4. Debtor's payroll deducted plan payments will remain $223.50 bi-weekly.

5. All filed pre-petition unsecured creditors will receive a minimum dividend of 20% as confirmed.

6. The plan base shall remain $25,103.00.

7. NOTICE IS PROVIDED TO CREDITORS. FAILURE TO OBJECT TO THIS MOTION MEANS YOU ACCEPT THIS TREATMENT.

Case 3:14-bk-04911 Doc 56 Filed 07/14/16 Entered 07/15/16 00:41:07 Desc
Imaged Certificate of Notice Page 2 of 3

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE*

APPROVED FOR ENTRY:

**/s/ Mark Podis**
Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Road Ste 300
Nashville, TN 37217
Telephone (615) 399-3800
Fax (615) 399-9794
Email-podisbankruptcy@aol.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.