# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: GREGORY KYLE WILLIAMS
      320 LAKE VIEW DR          CASE NO. 14-04911-MH3-13
      PEGRAM, TN 37143
      Debtor
SSN: XXX-XX-7510

## NOTICE OF DEBTOR'S NEW ADDRESS

Comes now the debtor, by and through undersigned counsel, and hereby gives notice of **his NEW address** as follows:

### DEBTOR'S OLD ADDRESS

1003-B KINGSTON SPRINGS RD
KINGSTON SPRINGS, TN 37082

### DEBTOR'S NEW ADDRESS

**320 LAKE VIEW DR**
**PEGRAM, TN 37143**

Respectfully Submitted,

/S/MARK PODIS
Mark R. Podis (BPR #012216)
Attorney for Debtor
1161 Murfreesboro Road Suite 300
Nashville, TN 37217
Phone (615) 399-3800
Fax (615) 399-9794
email – PodisBankruptcy@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice has been delivered to the U.S. Trustee, 701 Broadway, 318 Customs House, Nashville, TN 37203 and delivered to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019, mailed to the debtor, to all parties in interest and copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 29th day of August, 2016.

/s/Mark Podis
MARK R. PODIS

A TOTAL OF 45 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MATRIX.

Total first class 45

Total Certified 0