# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: GREGORY KYLE WILLIAMS
      387 MOORE CIRCLE          CASE NO. 14-04911-MH3-13
      KINGSTON SPRINGS, TN 37082
      Debtor
SSN: XXX-XX-5454

## NOTICE OF DEBTOR'S NEW ADDRESS

Comes now the debtor, by and through undersigned counsel, and hereby gives notice of his **NEW address** as follows:

    DEBTOR'S OLD ADDRESS

    320 LAKE VIEW DR
    PEGRAM, TN 37143

    **DEBTOR'S NEW ADDRESS**

    **387 MOORE CIRCLE**
    **KINGSTON SPRINGS, TN 37082**


                    Respectfully Submitted,


                    /S/MARK PODIS
                    Mark R. Podis (BPR #012216)
                    Attorney for Debtor
                    1161 Murfreesboro Road Suite 300
                    Nashville, TN 37217
                    Phone (615) 399-3800
                    Fax (615) 399-9794
                    email – PodisBankruptcy@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing Notice has been delivered to the U.S. Trustee, 701 Broadway, 318 Customs House, Nashville, TN 37203 and delivered to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019, mailed to the debtor, to all parties in interest and copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 8th day of February, 2017.

                                      /s/Mark Podis
                                      MARK R. PODIS

      A TOTAL OF 45 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MATRIX.

Total first class 45

Total Certified 0