GREGORY KYLE WILLIAMS
387 MOORE CIRCLE
KINGSTON SPRINGS TN 37082

MARK R. PODIS
PODIS & PODIS
1161 MURFREESBORO PIKE
SUITE 300
NASHVILLE, TN 37217

ACE CASH
C/O NATIONAL CREDIT ADJUSTERS
PO BOX 30323
HUTCHINSON KS 67504-6999

ADVANCE AMERICA
3736 ANNEX AVE
NASHVILLE TN 37209

ADVANCE AMERICA
PO BOX 3058
SPARTANBURG SC 29304-3058

ADVANCE FINANCIAL
1901 CHURCH STREET
NASHVILLE TN 37203

AT & T
PO BOX 536216
ATLANTA GA 30353-6216

AT & T
C/O EOS CCA
700 LONGWATER DR
NORWELL MA 02061

AT & T
C/O DIVERSIFIED CONSULTANTS
PO BOX 551268
JACKSONVILLE FL 32255-1268

AT & T
C/O MRS ASSOC
1930 OLNEY AVE
CHERRY HILL NJ 08003

AT & T
C/O IC SYSTEM
PO BOX 64794
SAINT PAUL MN 55164-0794

AT T
C/O ENHANCED RECOVERY CORP
8014 BAYBERRY RD
JACKSONVILLE FL 32256

```
AT T
C/O AFNI
1310 MARTIN LUTHER KING DR
BLOOMINGTON IL 61701

AT T MOBILITY
C/O MRS BPO LLC
1930 OLNEY AVE
CHERRY HILL NJ 08003

BANK OF AMERICA
PO BOX 25118
TAMPA FL 33622

BUCKEYE CHECK CASHING
350 WHITE BRIDGE PIKE
NASHVILLE TN 37209

CAPITAL 1 BANK
ATTN: BANKRUPTCY DEPT.
PO BOX 30285
SALT LAKE CITY UT 84130

CARECENTRIX
PO BOX 277947
ATLANTA GA 30384-7947

CASH CITY
2326 A NOLENSVILLE RD
NASHVILLE TN 37211

CASH CITY 101
C/O JENNIFER MCCOY
533 CHURCH ST SUITE 126
NASHVILLE TN 37219

CENTENNIAL MEDICAL
PO BOX 740757
CINCINNATI OH 45274-0757

CHASE
PO BOX 15298
WILMINGTON DE 19850

CHECK INTO CASH
7052 CHARLOTTE PIKE
NASHVILLE TN 37209

COMCAST
C/O STELLAR RECOVERY INC
1327 HIGHWAY 2 WEST
KALISPELL MT 59901
```

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON DE 19850

EASY CASH SOLUTIONS
2700 NOLENSVILLE RD
NASHVILLE TN 37217

EMERGENCY MEDICAL CONSULTANTS
C/O FOX COLLECTION CENTER
456 MOSS TRL
GOODLETTSVILLE TN 37072

EXXMBLCITI
ATTN.: CENTRALIZED  BANKRUPTCY
PO BOX 20507
KANSAS CITY MO 64195

EZ MONEY LOANS
2700 NOLENSVILLE RD
NASHVILLE TN 37211

FAST MONEY/CASH CLOUD
ACL 388770, SUITE 8
8B AMY CLOSE, NORTH WYONG, 2259
AUSTRALIA

FIRST CLINIC
PO BOX 740776
CINCINNATI OH 45274-0776

GENERAL CREDIT CORP
5416 CHARLOTTE AVE
NASHVILLE TN 37209

GREAT LAKES
PO BOX 530229
ATLANTA GA 30353-0229

INTEGRITY ADVANCE (RETURN)
300 CREEK VIEW ROAD
STE 102
NEWARK DE 19711

KROGER CHECK RECOVERY CENTER
PO BOX 30650
SALT LAKE CITY UT 84130

```
NASHVILLE FIRE DEPT/EMS
C/O ROB REG YNG
105 BROADWAY SUITE 300
NASHVILLE TN 37201

RADIOLOGY ALLIANCE
C/O FOX COLLECTION CENTER
456 MOSS TRL
GOODLETTSVILLE TN 37072

REGIONS BANK
C/O CONVERGENT OUTSOURCING
10750 HAMMERLY BLVD #200
HOUSTON TX 77043

SPEEDYCASH.COM
C/O AD ASTRA REC
8918 W 21ST ST. N SUITE 200 MAILBOX: 112
WICHITA KS 67205

TENNESSEE QUICK CASH
7625 HWY 70 S STE D
NASHVILLE TN 37221

TN TITLE LOANS
402 HWY 46 SOUTH
DICKSON TN 37055

UNITED CASH LOANS
2533 N CARSON ST
CARSON CITY NV 89706

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530

US DEPT OF ED/GLELSI
PO BOX 7860
MADISON WI 53707

WORLD ACCEPTANCE CORPORATION
ATTN: BANKRUPTCY PROCESSING
P O BOX 6429
GREENVILLE SC 29606

WORLD FINANCE
5416 CHARLOTTE AVE
NASHVILLE TN 37209
```