AMA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE:<br>   GREGORY KYLE WILLIAMS<br>   387 MOORE CIRCLE<br>   KINGSTON SPRINGS, TN 37082<br>SSN XXX-XX-7510 | CHAPTER 13<br>CASE NO. 14-04911-MH3-13<br>JUDGE MARIAN F HARRISON<br>Dated: 08/23/2019 |

**ORDER RELEASING DEBTOR/EMPLOYER**
**FROM ORDER TO FUND PLAN**

In accordance with the order of confirmation the employer of the above-named debtor has transmitted regularly to the trustee a portion of the debtor's wages.

Based upon the certification of the Trustee, as indicated by the Trustee's electronic signature below, the Trustee has advised the Court that sufficient monies have now been deposited with the Trustee to fully discharge all of the costs, expenses, fees, and claims that have been allowed against the debtor by the court.

The Court, therefore, finds that the above named debtor has completed making payments as required under the Chapter 13 Plan,

It is ORDERED that **METRO GOVERNMENT**, the debtor's employer, no longer withhold any money from the debtor's earnings to be paid to the trustee.

It is further ORDERED that the employer refund to the debtor any money which he may now have on hand as a result of such withholdings.

DEBTOR(S) SOURCE OF INCOME:

METRO GOVERNMENT
ATTN CENTRAL PAYROLL
P O BOX 196300
NASHVILLE, TN 37219

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP
OF THE FIRST PAGE.

APPROVED:

/s/Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
pleadings@ch13nsh.com
615-244-1101