```
                       United States Bankruptcy Court
                         Middle District of Tennessee
```

In re:                                                          Case No. 14-04911-MFH
GREGORY KYLE WILLIAMS                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3            User: jtd0107             Page 1 of 1              Date Rcvd: Aug 23, 2019
                                Form ID: pdf015           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.
db          #+GREGORY KYLE WILLIAMS,   387 MOORE CIRCLE,   KINGSTON SPRINGS, TN 37082-9087
             +METRO GOVERNMENT,   ATTN CENTRAL PAYROLL,   POB 196300,   NASHVILLE, TN 37219-6300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              MARK RICHARD PODIS    on behalf of Debtor GREGORY KYLE WILLIAMS PodisBankruptcy@aol.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                                         TOTAL: 3

Marian F. Harrison
US Bankruptcy Judge

Dated: 8/23/2019

AMA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
   GREGORY KYLE WILLIAMS
   387 MOORE CIRCLE
   KINGSTON SPRINGS, TN  37082
SSN XXX-XX-7510

CHAPTER 13
CASE NO. 14-04911-MH3-13
JUDGE MARIAN F HARRISON
Dated: 08/23/2019

## ORDER RELEASING DEBTOR/EMPLOYER
## FROM ORDER TO FUND PLAN

   In accordance with the order of confirmation the employer of the above-named debtor has transmitted regularly to the trustee a portion of the debtor's wages.

   Based upon the certification of the Trustee, as indicated by the Trustee's electronic signature below, the Trustee has advised the Court that sufficient monies have now been deposited with the Trustee to fully discharge all of the costs, expenses, fees, and claims that have been allowed against the debtor by the court.

   The Court, therefore, finds that the above named debtor has completed making payments as required under the Chapter 13 Plan,

   It is ORDERED that **METRO GOVERNMENT**, the debtor's employer, no longer withhold any money from the debtor's earnings to be paid to the trustee.

   It is further ORDERED that the employer refund to the debtor any money which he may now have on hand as a result of such withholdings.


DEBTOR(S) SOURCE OF INCOME:

METRO GOVERNMENT
ATTN CENTRAL PAYROLL
P O BOX 196300
NASHVILLE, TN  37219


APPROVED:

/s/Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
pleadings@ch13nsh.com
615-244-1101

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.