# NOTICE OF PLAN COMPLETION

GREGORY KYLE WILLIAMS            Re:  Case No. 14-04911-MH3-13

387 MOORE CIRCLE
KINGSTON SPRINGS, TN  37082

    Henry E Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby gives notice that the Trustee has received the final plan payment in the above-styled Chapter 13 case.  The debtor has now completed the obligations in the plan.

    Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

---

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that, on or before the 6th day of September, 2019, a true and correct copy of the foregoing has been served in the following manner:

**Email by Electronic Case Noticing to:**

Assistant US Trustee
MARK PODIS AND ASSOCIATES,  Debtor's counsel

**By US Postal Service, postage prepaid to:**

GREGORY KYLE WILLIAMS, 387 Moore Circle, Kingston Springs, TN  37082

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Chapter 13 Trustee