B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Tennessee

In re: GREGORY KYLE WILLIAMS　　　　　　　　　　Case No. 3:14-bk-04911

Debtor(s)

*Attn. Alyssa*

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I/We certify that:

[X] I/We owed no domestic support obligation when I/we filed my bankruptcy petition, and I/we have not been required to pay any such obligation since then.

[ ] I/We am or have been required to pay a domestic support obligation. I/We have paid all such amounts that my/our chapter 13 plan required me/us to pay. I/We have also paid all such amounts that became due between the filing of my/our bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My/Our current address: _____

My/Our current employer and my/our employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I/We certify that:

[X] I/We have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I/we or a dependent of mine/ours uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

[ ] I/We have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I/we or a dependent of mine/ours uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor'(s) Signature(s)*

I/We certify under penalty of perjury that the information provided in these certifications are true and correct to the best of my/our knowledge and belief.

Executed on: Date 10-3-19　　　　　　Debtor *Gregory Kyle Williams*

　　　　　　　　Date _____　　Co-Debtor _____