```
                          United States Bankruptcy Court
                           Middle District of Tennessee
```

In re:                                                          Case No. 14-04911-MFH
GREGORY KYLE WILLIAMS                                           Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0650-3        User: jtd0107            Page 1 of 1            Date Rcvd: Oct 07, 2019
                            Form ID: nclose13        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db                 #+GREGORY KYLE WILLIAMS,    387 MOORE CIRCLE,    KINGSTON SPRINGS, TN 37082-9087

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2019 at the address(es) listed below:
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              MARK RICHARD PODIS    on behalf of Debtor GREGORY KYLE WILLIAMS PodisBankruptcy@aol.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                       TOTAL: 3

Form nclose13 (2/2016)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### Case No. 3:14–bk–04911
#### Chapter 13

In re:

GREGORY KYLE WILLIAMS
387 MOORE CIRCLE
KINGSTON SPRINGS, TN 37082

Social Security No.:
xxx–xx–7510

# NOTICE OF POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE FOR FAILURE TO FILE THE DSO CERTIFICATE AND 522(q) MOTION

To the Debtor(s):

You are receiving this notice because the document(s) listed below were not filed by the date the last payment required under the plan was made as required by the Bankruptcy Code or Rules:

Domestic Support Obligation Certificate (Form 2830)

Motion for 11 U.S.C. Section 522(q)

You have 30 days from the date of this notice to file the documents(s) noted above. If you fail to file the document(s) indicated, **your case will be closed without you receiving a discharge**. To prevent payment of a fee to reopen the case and obtain a discharge, please file the document(s) timely. This is the only notice you will receive with respect to the closing of your case without a discharge.

Dated: 10/7/19

TERESA C. AZAN
Clerk, U.S. Bankruptcy Court