# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE TENNESSEE DIVISION

In re:

GREGORY KYLE WILLIAMS

Debtor(s)

Case No. 14-04911-MH3-13

## Chapter 13 Trustee's Final Report and Account

Henry E. Hildebrand, III, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 06/20/2014.

2)  The plan was confirmed on 08/07/2014.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/05/2015, 01/28/2016.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 12/10/2015.

5)  The case was completed on 08/22/2019.

6)  Number of months from filing to last payment: 62.

7)  Number of months case was pending: 64.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $4,554.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $25,814.50 | |
| Less amount refunded to debtor | $296.76 | |
| **NET RECEIPTS:** | | **$25,517.74** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,537.00 | |
| Court Costs | $310.00 | |
| Trustee Expenses & Compensation | $895.37 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,742.37** |

Attorney fees paid and disclosed by debtor:          $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACE CASH | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ADVANCE FINANCIAL | Unsecured | 877.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AT T MOBILITY | Unsecured | 591.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | 361.00 | 306.20 | 306.20 | 90.89 | 0.00 |
| BUCKEYE CHECK CASHING | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL 1 BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CARECENTRIX | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| CASH CITY | Unsecured | 230.00 | 230.00 | 230.00 | 68.27 | 0.00 |
| CENTENNIAL MEDICAL | Unsecured | 1,592.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 230.00 | 350.00 | 350.00 | 103.89 | 0.00 |
| CHASE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 500.00 | 500.00 | 500.00 | 148.42 | 0.00 |
| CHECK INTO CASH | Secured | 1,130.00 | 1,130.00 | 1,130.00 | 1,130.00 | 84.91 |
| COMCAST | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER FIN SVCS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EASY CASH SOLUTIONS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MED CONSULTANTS | Unsecured | 817.00 | 817.00 | 817.00 | 242.51 | 0.00 |
| EXXMBLCITI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FAST MONEY CASH CLOUD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FIRST CLINIC | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| GENERAL CREDIT CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)                    Case No.   14-04911

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GREAT LAKES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INSOLVE AUTO FUNDING | Secured | 14,483.00 | 14,483.00 | 19,612.25 | 19,612.25 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 470.55 | 470.55 | 139.67 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 400.00 | 399.98 | 399.98 | 118.73 | 0.00 |
| KROGER CHECK RECOVERY CENTEI | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| NASHVILLE FIRE DEPT EMS | Unsecured | 689.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY ALLIANCE | Unsecured | 102.00 | 102.00 | 102.00 | 30.28 | 0.00 |
| REGIONS BANK | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| SPEEDYCASH COM | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| TENNESSEE QUICK CASH INC | Unsecured | 737.00 | 792.00 | 792.00 | 235.09 | 0.00 |
| TN TITLE LOANS | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| US ATTORNEY GENERAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 2,196.00 | 2,227.91 | 2,227.91 | 661.31 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 348.00 | 367.72 | 367.72 | 109.15 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,130.00 | $1,130.00 | $84.91 |
| All Other Secured | $19,612.25 | $19,612.25 | $0.00 |
| **TOTAL SECURED:** | **$20,742.25** | **$20,742.25** | **$84.91** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$6,563.36** | **$1,948.21** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,742.37 |
| Disbursements to Creditors | $22,775.37 |
| **TOTAL DISBURSEMENTS :** | **$25,517.74** |

UST Form 101-13-FR-S (9/1/2009)     Case No.   14-04911

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/10/2019                                  By: /s/ Henry E. Hildebrand, III
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.