In re:                                                                                    Case No. 14-04911-MFH
GREGORY KYLE WILLIAMS                                                                      Chapter 13
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0650-3              User: rww2574            Page 1 of 2            Date Rcvd: Oct 10, 2019
                                 Form ID: mot522           Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
```
db          #+GREGORY KYLE WILLIAMS,   387 MOORE CIRCLE,   KINGSTON SPRINGS, TN 37082-9087
5539020      ACE CASH,   C/O NATIONAL CREDIT ADJUSTERS,   PO BOX 30323,   HUTCHINSON KS 67504-6999
5539022      ADVANCE AMERICA,   PO BOX 3058,   SPARTANBURG SC 29304-3058
5539025     +AT & T,   C/O EOS CCA,   700 LONGWATER DR,   NORWELL MA 02061-1624
5539027     +AT & T,   C/O MRS ASSOC,   1930 OLNEY AVE,   CHERRY HILL NJ 08003-2016
5539031     +AT T MOBILITY,   C/O MRS BPO LLC,   1930 OLNEY AVE,   CHERRY HILL NJ 08003-2016
5539032     +BANK OF AMERICA,   PO BOX 25118,   TAMPA FL 33622-5118
5539033     +BUCKEYE CHECK CASHING,   350 WHITE BRIDGE PIKE,   NASHVILLE TN 37209-3227
5539035      CARECENTRIX,   PO BOX 277947,   ATLANTA GA 30384-7947
5539036     +CASH CITY,   2326 A NOLENSVILLE RD,   NASHVILLE TN 37211-2136
5539037      CENTENNIAL MEDICAL,   PO BOX 740757,   CINCINNATI OH 45274-0757
5631807     +CERASTES, LLC,   C O WEINSTEIN, PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
5539038     +CHASE,   PO BOX 15298,   WILMINGTON DE 19850-5298
5539039     +CHECK INTO CASH,   7052 CHARLOTTE PIKE,   NASHVILLE TN 37209-4210
5539045    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: EXXMBLCITI,   ATTN.: CENTRALIZED BANKRUPTCY,   PO BOX 20507,
              KANSAS CITY MO 64195)
5539040     +COMCAST,   C/O STELLAR RECOVERY INC,   1327 HIGHWAY 2 WEST,   KALISPELL MT 59901-3413
5539043     +EASY CASH SOLUTIONS,   2700 NOLENSVILLE RD,   NASHVILLE TN 37211-2219
5539046     +EZ MONEY LOANS,   2700 NOLENSVILLE RD,   NASHVILLE TN 37211-2219
5539047      FAST MONEY/CASH CLOUD,   ACL 388770, SUITE 8,   8B Amy Close, North Wyong, 2259,   AUSTRALIA
5539048      FIRST CLINIC,   PO BOX 740776,   CINCINNATI OH 45274-0776
5539050      GREAT LAKES,   PO BOX 530229,   ATLANTA GA 30353-0229
5539051     +INTEGRITY ADVANCE,   300 CREEK VIEW ROAD,   STE 102,   NEWARK DE 19711-8547
5920750      InSolve Auto Funding, LLC, c/o Capital Recovery Gr,   Dept 3403,   PO Box 123403,
              Dallas, TX 75312-3403
5539052     +KROGER CHECK RECOVERY CENTER,   PO BOX 30650,   SALT LAKE CITY UT 84130-0650
5539053     +NASHVILLE FIRE DEPT/EMS,   C/O Rob Reg Yng,   105 BROADWAY SUITE 300,   NASHVILLE TN 37201-2121
5539055     +REGIONS BANK,   C/O CONVERGENT OUTSOURCING,   10750 HAMMERLY BLVD #200,   HOUSTON TX 77043-2317
5539056     +SPEEDYCASH.COM,   C/O Ad Astra Rec,   8918 W 21ST ST. N SUITE 200 MAILBOX: 112,
              WICHITA KS 67205-1880
5539057    #+TENNESSEE QUICK CASH,   7625 HWY 70 S STE D,   NASHVILLE TN 37221-1706
5539058     +TN TITLE LOANS,   402 HWY 46 SOUTH,   DICKSON TN 37055-2525
5632567     +Tennessee Quick Cash, Inc,   6326 Charlotte Pike,   Nashville, TN 37209-2927
5539059    ++UNITEDCASHLOANS D B A OF TFS CORP,   PO BOX 111,   MIAMI OK 74355-0111
             (address filed with court:  UNITED CASH LOANS,   2533 N CARSON ST,   CARSON CITY NV 89706)
5539060     +US ATTORNEY GENERAL,   US DEPT OF JUSTICE,   950 PENNSYLVANIA AVE NW,
              WASHINGTON DC 20530-0009
5539061     +US DEPT OF ED/GLELSI,   PO BOX 7860,   MADISON WI 53707-7860
5562588      US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5539021     +E-mail/Text: bnc@advanceamerica.net Oct 11 2019 01:33:17     ADVANCE AMERICA,   3736 ANNEX AVE,
              NASHVILLE TN 37209-4375
5539023     +E-mail/Text: bankruptcy@af247.com Oct 11 2019 01:33:44     ADVANCE FINANCIAL,
              1901 CHURCH STREET,   NASHVILLE TN 37203-2203
5539026      E-mail/Text: bankruptcynotices@dcicollect.com Oct 11 2019 01:33:31     AT & T,
              C/O DIVERSIFIED CONSULTANTS,   PO BOX 551268,   JACKSONVILLE FL 32255-1268
5539024      E-mail/Text: g20956@att.com Oct 11 2019 01:33:31     AT & T,   PO BOX 536216,
              ATLANTA GA 30353-6216
5539030     +E-mail/Text: EBNProcessing@afni.com Oct 11 2019 01:33:21     AT T,   C/O AFNI,
              1310 MARTIN LUTHER KING DR,   BLOOMINGTON IL 61701-1465
5539029     +E-mail/Text: bknotice@ercbpo.com Oct 11 2019 01:33:19     AT T,   C/O Enhanced Recovery Corp,
              8014 BAYBERRY RD,   JACKSONVILLE FL 32256-7412
5544592     +E-mail/Text: g17768@att.com Oct 11 2019 01:32:59     BellSouth Telecommunications, Inc.,
              % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
              Bedminster, NJ 07921-2693
5539037      E-mail/PDF: HCABKNotifications@resurgent.com Oct 11 2019 01:37:08     CENTENNIAL MEDICAL,
              PO BOX 740757,   CINCINNATI OH 45274-0757
5539034     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2019 01:37:26     Capital 1 Bank,
              ATTN: BANKRUPTCY DEPT.,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
5559325      E-mail/Text: khorner@checkintocash.com Oct 11 2019 01:33:34     Check Into Cash,   PO BOX 550,
              Cleveland, TN 37364-0550
5539041     +E-mail/PDF: creditonebknotifications@resurgent.com Oct 11 2019 01:36:43     Credit One Bank,
              PO BOX 98873,   LAS VEGAS NV 89193-8873
5539042     +E-mail/Text: mrdiscen@discover.com Oct 11 2019 01:32:58     DISCOVER FIN SVCS LLC,
              PO BOX 15316,   WILMINGTON DE 19850-5316
5546597     +E-mail/Text: bankruptcies@foxcollection.com Oct 11 2019 01:33:16
              EMERGENCY MEDICAL CONSULTANTS,   C/O FOX COLLECTION CENTER,   PO BOX 528,
              GOODLETSVILLE, TN 37070-0528
5539044     +E-mail/Text: bankruptcies@foxcollection.com Oct 11 2019 01:33:16
              EMERGENCY MEDICAL CONSULTANTS,   C/O FOX COLLECTION CENTER,   456 MOSS TRL,
              GOODLETTSVILLE TN 37072-2029
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5539049       +E-mail/PDF: bk@worldacceptance.com Oct 11 2019 01:37:04     GENERAL CREDIT CORP,
                5416 CHARLOTTE AVE,   NASHVILLE TN 37209-3004
5657700        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2019 01:33:23    Jefferson Capital Systems LLC,
                Po Box 953185,   St Louis Mo 63195-3185
5546598       +E-mail/Text: bankruptcies@foxcollection.com Oct 11 2019 01:33:16     RADIOLOGY ALLIANCE,
                C/O FOX COLLECTION CENTER,   PO BOX 528,   GOODLETSVILLE, TN 37070-0528
5539054       +E-mail/Text: bankruptcies@foxcollection.com Oct 11 2019 01:33:16     RADIOLOGY ALLIANCE,
                C/O FOX COLLECTION CENTER,   456 MOSS TRL,   GOODLETTSVILLE TN 37072-2029
5539055       +E-mail/Text: convergent@ebn.phinsolutions.com Oct 11 2019 01:33:27    REGIONS BANK,
                C/O CONVERGENT OUTSOURCING,   10750 HAMMERLY BLVD #200,   HOUSTON TX 77043-2317
5539062       +E-mail/PDF: bk@worldacceptance.com Oct 11 2019 01:37:27     WORLD ACCEPTANCE CORPORATION,
                ATTN: BANKRUPTCY PROCESSING,   P O BOX 6429,   GREENVILLE SC 29606-6429
5539063       +E-mail/PDF: bk@worldacceptance.com Oct 11 2019 01:36:42     WORLD FINANCE,   5416 CHARLOTTE AVE,
                NASHVILLE TN 37209-3004
                                                                       TOTAL: 21


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5614979*      +World Finance Corporation,   5416 Charlotte Avenue,   Nashville, TN 37209-3004
5539028       ##AT & T,   C/O IC SYSTEM,   PO BOX 64794,   SAINT PAUL MN 55164-0794
                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
          HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
          MARK RICHARD PODIS    on behalf of Debtor GREGORY KYLE WILLIAMS PodisBankruptcy@aol.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                    TOTAL: 3
```

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>3:14–bk–04911</u>
### Chapter 13

In re:

GREGORY KYLE WILLIAMS
387 MOORE CIRCLE
KINGSTON SPRINGS, TN 37082

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 11/1/19**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: 11/20/19 at 08:30 AM at**
**Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203**

---

### NOTICE OF MOTION FOR § 522(q)(1) ORDER

Debtor(s) has/have moved the court for an order finding the exemption limitations in § 522(q)(1) are not applicable.
**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before 11/1/19, you or your attorney must

1.  File with the court your response or objection explaining your position. PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: https://ecf.tnmb.uscourts.gov.

    If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736–5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, Room 170, Nashville, TN (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2.  **Your response must state that the deadline for filing responses is 11/1/19, the date of** the scheduled hearing is 11/20/19 and the motion to which you are responding is a Motion for § 522(q)(1) Order.

3.  You must serve your response or objection **by electronic service through the Electronic Filing** system described above.

    If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE. You may check whether a timely response has been filed by calling the Clerk's office at (615) 736–5584 or viewing the case on the Court's website at https://ecf.tnmb.uscourts.gov.

    If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>3:14−bk−04911</u>
### Chapter 13

In re:

GREGORY KYLE WILLIAMS
387 MOORE CIRCLE
KINGSTON SPRINGS, TN 37082

## MOTION FOR § 522(q)(1) ORDER

  Pursuant to 11 U.S.C. § 1328(h) , Debtor(s) move(s) the Court for an Order finding that there is no reasonable cause to believe that the exemption limitations of § 522(q)(1) are applicable.

  Debtor(s) is/are not exempting any amount of interest in property described in § 522(p)(1)(A)−(D) which exceeds $160,375 in aggregate. There are no proceedings pending in which debtor(s) may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>3:14–bk–04911</u>
### Chapter 13

In re:

GREGORY KYLE WILLIAMS
387 MOORE CIRCLE
KINGSTON SPRINGS, TN 37082

### PROPOSED § 522(q)(1) ORDER

    Debtor(s) moved the Court for an Order finding that there is no reasonable cause to believe that the exemption limitations of § 522(q)(1) are applicable, and there were no objections

    The Court therefore finds that Debtor(s) is/are not exempting any amount of interest in property described in § 522(p)(1)(A)−(D) which exceeds $160,375 in aggregate and there are no proceedings pending in which debtor(s) may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

    It is so **ORDERED**