IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | |
|---|---|
| GREGORY WILLIAMS | CASE NO. 3:14-bk-04911 |
| 410 NORTH MAIN STREET | CHAPTER: 13 |
| KINGSTON SPRINGS, TN 37082 | JUDGE: HARRISON |

**Debtor:**
**SSN: XXX-XX-7510**

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR GREGORY WILLIAMS

Comes now the Debtor, by and through the undersigned counsel, and would give notice of his change of address:

**OLD ADDRESS:**
**387 MOORE CIRCLE**
**KINGSTON SPRINGS, TN 37082**

**NEW ADDRESS:**
**410 NORTH MAIN STREET**
**KINGSTON SPRINGS, TN 37082**

Respectfully Submitted,

/s/ Mark Podis

Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Rd, Ste 300
Nashville, TN 37217
Phone (615) 399-3800
Facsimile (615) 399-9794
Podisbankruptcy@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice has been delivered to the U.S. Trustee, 701 Broadway, 3rd Floor, Nashville, TN 37203, and the Chapter 13 Trustee, Post Office Box 340019, Nashville, TN 37203-0019, to the debtor and to all interest parties, on this the *17th day of October, 2019*, **for a total of 45 copies mailed**.

/s/ Mark Podis
Mark R. Podis