# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:14–bk–04911**
**Chapter 13**

In re:

GREGORY KYLE WILLIAMS
410 NORTH MAIN STREET
KINGSTON SPRINGS, TN 37082

**§ 522(q)(1) ORDER**

    Debtor moved the Court for an Order finding that there is no reasonable cause to believe that the exemption limitations of § 522(q)(1) are applicable, and there were no objections.

    The Court therefore finds that Debtor is not exempting any amount of interest in property described in § 522(q) and there are no proceedings pending in which the debtor may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

    It is so **ORDERED**

Dated : 11/4/19                                                           /s/ Marian F Harrison
                                                                                 UNITED STATES BANKRUPTCY JUDGE