```
United States Bankruptcy Court
    Middle District of Tennessee
```

In re:                                                              Case No. 14-04911-MFH
GREGORY KYLE WILLIAMS                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3          User: jtd0107           Page 1 of 1              Date Rcvd: Nov 04, 2019
                              Form ID: ord522         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.
db              +GREGORY KYLE WILLIAMS,    410 NORTH MAIN STREET,    KINGSTON SPRINGS, TN 37082-9067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:
          HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
          MARK RICHARD PODIS    on behalf of Debtor GREGORY KYLE WILLIAMS PodisBankruptcy@aol.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                        TOTAL: 3

FORM ord522

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:14−bk−04911**
**Chapter 13**

In re:

GREGORY KYLE WILLIAMS
410 NORTH MAIN STREET
KINGSTON SPRINGS, TN 37082

**§ 522(q)(1) ORDER**

    Debtor moved the Court for an Order finding that there is no reasonable cause to believe that the exemption limitations of § 522(q)(1) are applicable, and there were no objections.

    The Court therefore finds that Debtor is not exempting any amount of interest in property described in § 522(q) and there are no proceedings pending in which the debtor may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

    It is so **ORDERED**

Dated : 11/4/19

/s/ Marian F Harrison
UNITED STATES BANKRUPTCY JUDGE